UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-03119-MJ-TORRES

UNITED STATES OF AMERICA

v.

EDWARD CORDOVEZ,

    Defendant.
_____/

**THE UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO CONTINUE THE PRELIMINARY HEARING AND ARRAIGNMENT**

    The United States of America—without opposition from the Defendant, Edward Cordovez—moves to continue the Preliminary Hearing and the Arraignment in this case by one week. These proceedings are currently scheduled for June 21, 2024, and the Government requests that the Court reset them for June 28, 2024. In support of this Motion, the Government states as follows:

    1.    On June 6, 2024, the Government charged the Defendant by criminal complaint with distribution of obscene visual representations of the sexual abuse of children, in violation of 18 U.S.C. § 1466A, and with possession of visual depictions involving the sexual exploitation of minors, in violation of 18 U.S.C. § 2252(a)(4)(B). *See* Criminal Complaint [ECF No. 1] ("Complaint"). The Defendant made his initial appearance and was appointed counsel that same afternoon. *See* [ECF Nos. 2–4]. And, on June 11, 2024, the Defendant was ordered detained, on the Government's motion. *See* [ECF Nos. 5 & 6].

    2.    Since the Defendant's initial appearance, the undersigned Assistant United States Attorney has been preparing for a trial in another matter, which trial is set to begin on June 17,

1

2024, and last through June 20, 2024. In addition, the undersigned Assistant United States Attorney has not been able to reserve time during the week of June 17, 2024, to present an indictment in this case to a grand jury, as inclement weather this past week has affected the grand jury's schedule.

3. There is good cause, therefore, to continue the Defendant's Preliminary Hearing and Arraignment. A continuance is necessary to allow the Government adequate time to present an indictment to the grand jury, and a single week's delay would not overly prejudice the Defendant. Continuing the Defendant's Preliminary Hearing and Arraignment, in other words, would satisfy the "public interest in the prompt disposition of criminal cases." Fed. R. Crim. P. 5.1(d).

4. The parties have also agreed that, should the Court grant this request for a continuance, the time would be excludable under the Speedy Trial Act because a continuance outweighs the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7).

[SPACE INTENTIONALLY LEFT BLANK]

## **CONCLUSION**

For the reasons stated above, the United States of America and the Defendant, Edward Cordovez, respectfully request that the Court **GRANT** this Motion and find that justice requires the Preliminary Hearing and the Arraignment to be continued until June 28, 2024.

                                                                            Respectfully submitted,

                                                                            MARKENZY LAPOINTE
                                                                            UNITED STATES ATTORNEY

BY:   */s/ Jacob Koffsky*
            Jacob Koffsky
            Assistant United States Attorney
            Florida Bar No. 1018115
            99 N. E. 4th Street
            Miami, Florida 33132-2111
            Tel. (305) 961-9386
            Jacob.Koffsky@usdoj.gov

**LOCAL RULE 88.9(a) CERTIFICATE OF CONFERRAL**

**I HEREBY CERTIFY** that on June 14, 2024, the Government conferred with counsel for Defendant Edward Cordovez regarding the instant Motion, pursuant to Southern District of Florida Local Rule 88.9(a). Defense counsel indicated that the Defendant does not oppose seek the relief sought.

                 *s/ Jacob Koffsky*
                 Jacob Koffsky
                 Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        BY:  */s/ Jacob Koffsky*
            Jacob Koffsky
            Assistant United States Attorney