UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-03119-MJ-TORRES

UNITED STATES OF AMERICA

v.

EDWARD CORDOVEZ,

    Defendant.

_____/

ORDER CONTINUING
PRELIMINARY HEARING AND ARRAIGNMENT

**THIS CAUSE** comes before the Court on the United States of America's Unopposed Motion to Continue the Preliminary Hearing and Arraignment [ECF No. 7] ("Motion"). Being fully advised, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

Pursuant to Fed. R. Crim. P. 5.1(d), the Court finds that good cause has been shown and that justice requires the Preliminary Hearing and the Arraignment to be delayed until at least June 21, 2024. Granting a continuance outweighs the best interest of the public and the defendant in a speedy trial, and the additional time will be excluded under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

The Preliminary Hearing and the Arraignment for the Defendant are hereby continued and reset for June 28, 2024, before the duty magistrate judge.

**DONE AND ORDERED** in Miami, Florida, this ___ day of June 2024.

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record