UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-03119-MJ-TORRES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDWARD CORDOVEZ,

    Defendant.
_____/

### UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT AND PRELIMINARY HEARING

Edward Cordovez, through undersigned counsel, files this unopposed motion requesting that the Court continue the arraignment and preliminary hearing currently set for Friday, June 28, 2024 to Tuesday, July 2, 2024. In support thereof, he states the following.

1. Arraignment in this matter is currently scheduled for Friday, June 28, 2024.

2. Undersigned counsel will be out of the district attending a mandatory training, the annual FPD/CJA Seminar, from June 27, 2024 to June 29, 2024.

3. Mr. Cordovez, through undersigned counsel, respectfully requests that the arraignment and preliminary hearing be continued to allow counsel to be present at the hearing and to allow counsel an opportunity to review the indictment with him in advance of the same.

4. This requested continuance is made in good faith and not for purposes of unnecessary delay. Mr. Cordovez understands and agrees that should the Court grant this request for a continuance, the time would be excludable under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

5. Undersigned counsel has conferred with Assistant United States Attorney Jacob Koffsky who advised that the government does not oppose the relief requested herein.

WHEREFORME, Mr. Cordovez respectfully requests that the arraignment and preliminary hearing be continued to Tuesday, July 2, 2024.

Respectfully submitted,

HECTOR A. DOPICO
INTERIM FEDERAL PUBLIC DEFENDER

By: */s/Eboni Blenman*
Eboni Blenman
Assistant Federal Public Defender
Special Bar No. A5502989
150 W. Flagler Street, Suite 1700
Miami, Florida 33130
Tel: 305-530-7000
E-Mail Address:

## CERTIFICATE OF SERVICE

I HEREBY certify that on **June 27, 2024**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Eboni Blenman*
Eboni Blenman