UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-03119-MJ-TORRES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDWARD CORDOVEZ,

    Defendant.
_____/

## [PROPOSED] ORDER

**THIS CAUSE** having come before the Court on the Defendant's Unopposed Motion to Continue Arraignment and Preliminary Hearing, DE [ ], and the Court having reviewed the record and being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.

The Arraignment and Preliminary Hearing are continued to Tuesday, July 2, 2024.

DONE AND ORDERED at Miami, Florida this _____ day of June 2024.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE