UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20272-CR-ALTMAN

UNITED STATES OF AMERICA

v.

EDWARD CORDOVEZ,

    **Defendant.**

_____/

## THE UNITED STATES OF AMERICA'S
## MOTION TO CONTINUE TRIAL AND PRETRIAL DEADLINES

The trial in this case is currently set for the two-week period beginning September 9, 2024. The United States of America hereby moves to continue the trial, along with all pretrial deadlines set forth in the Court's Amended Trial Order, *see* [ECF No. 17], until the two-week period beginning November 4, 2024. The Court has continued the trial in this case once before, on the Defendant's unopposed motion. *See id*. The Government respectfully requests this second continuance for the reasons set forth below.

    1.    This case began reactively in June 2024. The Government filed a criminal complaint against the Defendant on June 6, 2024, charging him with distribution of obscene visual representations of the sexual abuse of children, in violation of 18 U.S.C. § 1466A, and with possession of visual depictions involving the sexual exploitation of minors, in violation of 18 U.S.C. § 2252(a)(4)(b). *See* Complaint [ECF No. 1]. On June 26, 2024, a federal grand jury in this District returned an indictment against the Defendant, charging him with the same two violations set forth in the Complaint. *See* Indictment [ECF No. 11].

    2.    As discovery progressed, though, the Government uncovered evidence that has led to additional charges. On August 15, 2024, a second federal grand jury in this District returned

1

a superseding indictment against the Defendant, which charged him with the same two violations in the original Indictment and with two counts of production of material involving the sexual exploitation of minors, in violation of 18 U.S.C. § 2251(a) and (e). *See generally* Superseding Indictment [ECF No. 19]. Each of the added counts carries with it a mandatory minimum sentence of fifteen years' imprisonment. *See id.* at 7. Plus, the Government anticipates that the State of Florida will bring charges against the Defendant that will arise out of the same conduct charged in this case, and the Government intends to coordinate with the State to determine whether a global resolution can be reached.

3.  There are two case agents from the Federal Bureau of Investigation ("FBI") who are handling this investigation. Each played an important role in the Defendant's arrest on June 6, 2024—one assisted with seizing the Defendant's cell phone; the other participated in the Defendant's post-*Miranda* interview. The Government believes it will need to call both case agents at trial; however, aside from the weeks of September 16, 2024, and September 23, 2024, they are not both available at the same time until after October 15, 2024, due to pre-planned leave.

4.  Additionally, the undersigned Assistant United States Attorney is counsel of record for the Government in the list of matters below and has learned from defense counsel in each of those cases that the parties will be proceeding to trial, as follows:

    a.  <u>For the week beginning September 9, 2024</u>: *United States v. Erick Jose Moreno Ruiz*, 23-20500-CR-ALTMAN;

    b.  <u>For the two-week period beginning September 23, 2024</u>: *United States v. Delvin Thomas*, 24-20271-CR-WILLIAMS;

    c.  <u>For the two-week period beginning October 15, 2024</u>: *United States v. Fernando Rojas*, 24-60050-CR-CAHN; and

    d.  <u>For the two-week period beginning October 21, 2024</u>: *United States v. Jonathan Johnson*, 24-20172-CR-GAYLES.

5. Lastly, if the Court grants this Motion and continues the trial, the Government would also request that the Court set a new deadline for pretrial motions to be filed. The undersigned Assistant United States Attorney intended to file this Motion on August 16, 2024—the day before pretrial motions were due—but was unable to because of system-wide technical issues.

## CONCLUSION

For the reasons stated above, the Government respectfully request that the Court **GRANT** this Motion and continue the trial until the two-week period beginning November 4, 2024, in addition to all pretrial deadlines.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY: */s/ Jacob Koffsky*
Jacob Koffsky
Assistant United States Attorney
99 NE 4th Street
Miami, Florida 33132
305-961-9386
Jacob.Koffsky@usdoj.gov
Florida Bar. No. 1018115

## LOCAL RULE 88.9(a) CERTIFICATE OF CONFERRAL

**I HEREBY CERTIFY** that on August 15, 2024, the Government conferred with counsel for Defendant Edward Cordovez regarding the instant Motion, pursuant to Southern District of Florida Local Rule 88.9(a). Defense counsel indicated that the Defendant opposes the relief sought.

*s/ Jacob Koffsky*
Jacob Koffsky
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document and the referenced discovery is being served this day on counsel of record.

*/s/ Jacob Koffsky*
Jacob Koffsky
Assistant United States Attorney