UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20272-Cr-ALTMAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDWARD CORDOVEZ,

    Defendant

_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

The defendant, Edward Cordovez, through undersigned counsel moves to continue the trial date in this case for 60 days and states the following in support of said motion: 18 U.S.C. 1466A(a)(2):

1. On June 26, 2024, Mr. Cordovez was indicted in count one with production of materials involving the sexual exploitation of minors in violation of 18 U.S.C. Section 2251(a) and €); count two with possession of child pornography in violation of 18 U.S.C. Section 2252(a)(4)(B). D.E. 11.

2. On August 15, 2024, a superseding indictment was filed charging Mr. Cordovez in counts one and two with production of materials involving the sexual exploitation of minors in violation of 18 U.S.C. 2251; count three with distribution of the visual representation of sexual abuse of children and in violation of 18 U.S.C. Section 1446(A)(a)(2); And count four with possession of

1

    materials involving the sexual exploitation of minors in violation of 18 U.S.C. Section 2252(a)(4)(B) and (b)(2). D.E. 19.

3. Based on the above-stated charges, Mr. Cordovez faces an anticipated Guideline range of Life Imprisonment in this case.

4. This is a complex case that requires careful analysis.  Defense has not had sufficient time in order to review and analyze discovery with Mr. Cordovez, and conduct necessary investigation.

5. Additionally, undersigned counsel is investigating necessary experts that may be utilized in this case.

6. Mr. Cordovez waives his speedy trial pursuant to 18 U.S.C. Section 3161 through the next calendar call.

7. Undersigned counsel has conferred with assigned Assistant United States Attorney, Jacob Koffsky, who does not oppose this motion.

WHEREFORE, based on the need for additional time to review discovery and conduct investigation and analysis, the defense request that the trial date be continued for 60 days.

        Respectfully submitted,

        HECTOR A. DOPICO
        FEDERAL PUBLIC DEFENDER

        By:   /s/ *Daniel L. Ecarius*
              Daniel L. Ecarius
              Assistant Federal Public Defender
              Florida Bar No. 719765
              150 W. Flagler Street,
              Suite 1700 Miami, FL 33l30-7000
              Email: daniel_ecarius@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on October 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Daniel L. Ecarius*
Daniel L. Ecarius