UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20272-CR-ALTMAN

UNITED STATES OF AMERICA

v.

EDWARD CORDOVEZ,

    Defendant.
_____/

## UNITED STATES OF AMERICA'S NOTICE OF INTENT TO INTRODUCE EXPERT TESTIMONY

The United States of America, by and through the undersigned Assistant United States Attorney, hereby provides notice pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)[1] and Local Rule 88.10(o) of its intent to use expert testimony in its case-in-chief at trial. The United States may disclose additional experts as needed. The United States provides the following summary of the expert testimony that it intends to introduce at trial of Federal Bureau of Investigation ("FBI") Forensic Examiner, Ramy Soliman.

I.   **Expert Disclosure**

   a. **FBI Forensic Examiner Ramy Soliman**

<u>Training and Qualifications</u>: Ramy Soliman is a Digital Forensic Examiner with the FBI Miami Computer Analysis Response Team ("CART") and has been since January 2024. As a

---

[1] Rule 16(a)(1)(G) provides that, "*[a]t the defendant's request*, the government must disclose to the defendant, in writing, the information required by (iii) for any testimony that the government intends to use at trial under Federal Rule of Evidence 702, 703, or 705 during its case-in-chief, or during its rebuttal to counter testimony that the defendant has timely disclosed under (b)(1)(C)." (emphasis added). Although the Defendant has made no such demand for expert discovery, the United States is voluntarily providing this notice.

Forensic Examiner, Mr. Soliman's duties include conducting computer/cellular forensics and the forensic collection, preservation, examination, and presentation of forensic artifacts as an expert witness for criminal proceedings. Mr. Soliman has never testified as an expert in digital forensics in federal court, nor has he authored any publications in the last ten years. Mr. Soliman's Curriculum Vitae is attached as an exhibit and includes a comprehensive description of his education and training.

Complete Statement of Opinions and Bases and Reasons for Opinions: Mr. Soliman will testify about his training, qualifications, and experience consistent with his Curriculum Vitae. He will also testify generally about how extractions of digital devices are performed, the types of extractions that can be obtained, and the data that can be recovered in those extractions.

Mr. Soliman will testify that he performed and obtained two digital extractions from FBI Item 1B1 (QMM240613RYS1), a Samsung Galaxy A54 5G, model: SM-A546U1, S/N: R5CW31714KH, IMEI: 356642730732137, Account Identifier: ecordovez440@gmail.com. The two extractions, UFED SamsungSM-A546U1 2024_06_17 (001) and UFED SamsungSM-A546U1 2024_06_015 (001), from digital evidence item 1B1 were created using a specialized forensic tool known as Cellebrite Premium, which is tested, validated and approved by the FBI, and creates an accurate and reliable extraction of all accessible data on digital devices.

Mr. Soliman will testify that the forensic copying process of all accessible data for both 1B1 was complete and accurate, and that the extractions from 1B1 were parsed with Cellebrite Physical Analyzer, converting raw data into a human readable format. Mr. Soliman will also testify about where Samsung Galaxy phones and their components are manufactured. Mr. Soliman's testimony and opinions will be based on his performance of digital extractions on the aforementioned digital device, as well as his training, education, and experience.

## II. Approval of Disclosure

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)(v), I have reviewed this disclosure and approve of its contents.

/S/ *[signature]*
Ramy Soliman
Forensic Examiner, FBI

## III. Request for Notice Regarding Defense Experts

Having made this disclosure, the government hereby demands a written summary of expert testimony that the defense reasonably expects to offer at trial.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:  s/ Jacob Koffsky
Jacob Koffsky
Assistant United States Attorney
Florida Bar No. 1018115
99 Northeast 4th Street, 6th Floor
Miami, Florida 33132-2111
Tel: (305) 961-9386
Jacob.Koffsky@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ Jacob Koffsky
Jacob Koffsky
Assistant United States Attorney