# CURRICULUM VITAE



**Ramy Soliman**
Digital Forensic Examiner
Federal Bureau of Investigation
Computer Analysis Response Team
2030 SW 145th Avenue
Miramar, Florida 33027
Phone:

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Jan 2024 – Present | **Digital Forensic Examiner**<br>Computer Analysis Response Team<br>Federal Bureau of Investigation<br>Miami, Florida<br><br>Serve as a Computer Analysis Response Team (CART) Digital Forensic Examiner. Assigned to conduct forensic examinations on digital evidence, provide analysis and reporting as needed, and assist in search and seizure operations. |
| March 2021 – Jan 2024 | **Surveillance Specialist**<br>Surveillance & Intelligence Branch<br>Federal Bureau of Investigation<br>New York Field Office 2021 - 2024<br><br>Served as a Surveillance Specialist performing criminal and national security investigations. Assigned to investigate various criminal matters including Counter Terrorism, Foreign Counterintelligence, Domestic Terrorism, Organized Crime, Violent Crime, and drug trafficking, money laundering and fraud. |
| May 2018 – Aug 2020 | **Co-Op Employee/Security Operations**<br>Columbus, Ohio<br><br>Served as a team member of OSU vulnerability management team, Security Operations, Gathered Open-Source Intelligence (OSINT) about vulnerabilities and threats, scanned operating systems across the university to identify false positives and false negatives, and updated operating systems audit files/group policy. |
| June 2012 – Mar 2020 | **Private Contractor/Security Consultant**<br>Various Locations, New Jersey<br><br>Custom build Surveillance Systems to customer specification (residential and commercial) buildings and cars, stationary and mobile. Installation and maintenance of Security Cameras, Digital Door Locks, Employee's e-signatures, POS systems. Assess and propose solutions for Residential and Commercial security. |

## EDUCATION

| | |
|---|---|
| May 2020 | **The Ohio State University**<br>Columbus, Ohio<br>Bachelor of Arts<br>International Studies – Security & Intelligence w/minor in Forensic Science |

| | |
|---|---|
| May 2020 | **The Ohio State University**<br>Columbus, Ohio<br>Bachelor of Science<br>Civil Engineering w/Global Options Designation |
| December 2019 | **Columbus State Community College**<br>Columbus, Ohio<br>Associates of Science<br>General Science & Engineering |

## CERTIFICATIONS

| | |
|---|---|
| April 2024 | Federal Bureau of Investigation, CART Tech |
| April 2024 | Federal Bureau of Investigation, Digital Extraction Laboratory Technician (DEL-Tech) |
| Feb 2020 | FEMA Introduction to National Protection Framework (IS-2600) |
| Mov 2015 | FEMA Incident Command System (ICS100 & ICS200) |
| Nov 2015 | FEMA Incident Systems (IS-700 & IS-800) |

## PROFESSIONAL TRAINING

| | |
|---|---|
| September 2024 | Portable Case Creation & Review, Savannah Forensics Training |
| September 2024 | Removeable Device Tracing & Timeline Analysis, Savannah Forensics Training |
| July 2024 | SQLite Forensics/Vehicle Forensics, FBI – CART |
| July 2024 | Mobile Device Forensics, FBI - CART |
| July 2024 | File Systems Fundamentals, FBI – CART |
| June 2024 | Quality Report Writing, FBI – CART |
| March 2024 | First Responders and Digital Evidence, NW3C |
| March 2024 | Introduction to Computer Networks, NW3C |
| March 2024 | How Computer Work and Store Data, NW3C |
| February 2024 | Digital Evidence Handling for BFTC Trainees, FBI – Training Division |
| April 2022 | Mobile Communications: Cyber Concepts for FBI Investigation, FBI – Training Division |
| March 2022 | Incident Response, Forensics, Disaster Recovery & Security, FBI – Training Division |
| June 2021 | Multimedia Exploitation Unit Tools and Techniques, FBI – Training Division |
| June 2021 | Cloud Computing Fundamentals: Virtualization and Data Centers, FBI – Training Division |
| June 2021 | Basic Cyber: Legal Process for FBI Investigations, FBI – Training Division |
| June 2021 | Introduction to Information Security |
| June 2021 | Privacy and Information Security |