UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20272-CR-ALTMAN

UNITED STATES OF AMERICA

v.

EDWARD CORDOVEZ,

    **Defendant**.

_____/

## THE UNITED STATES OF AMERICA'S NOTICE OF INTENT TO ADMIT EVIDENCE PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 803(6)

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this notice of intent to admit evidence at trial pursuant to Federal Rules of Evidence 902(11) and 803(6), which provide for the admissibility and authenticity of business records via certifications provided by a records custodian. The Government has made available for inspection business records and corresponding certifications from two organizations: (1) AT&T; and (2) Reddit. This filing is intended to provide the requisite notice under Federal Rule of Evidence 902(11).

    Respectfully submitted,

    MARKENZY LAPOINTE
    UNITED STATES ATTORNEY

By:    *s/ Jacob Koffsky*
    Jacob Koffsky
    Assistant United States Attorney
    Florida Bar No. 1018115
    99 Northeast 4th Street, 6th Floor
    Miami, Florida 33132-2111
    Tel: (305) 961-9386
    Jacob.Koffsky@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*s/ Jacob Koffsky*
Jacob Koffsky
Assistant United States Attorney