UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20272-CR-ALTMAN(s)(s)
18 U.S.C. § 2251(a) and (e)
18 U.S.C. § 1466A(a)(2)
18 U.S.C. § 2252A(b)(1)
18 U.S.C. § 2252(a)(4)(B) and (b)(2)
18 U.S.C. § 2253
18 U.S.C. § 1467

FILED BY ___mp___ D.C.

Oct 24, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA

v.

EDWARD CORDOVEZ,

   Defendant.
_____/

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Production of Material Involving the Sexual Exploitation of Minors**
**(18 U.S.C. § 2251(a) and (e))**

On or about May 30, 2023, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**EDWARD CORDOVEZ,**

did employ, use, persuade, induce, entice, and coerce a minor, that is, MINOR VICTIM 1, to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, and such visual depiction having been produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by

computer, and such visual depiction having actually been transported and transmitted using a means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 2
### Production of Material Involving the Sexual Exploitation of Minors
### (18 U.S.C. § 2251(a) and (e))

From on or about May 29, 2024, and continuing through on or about May 30, 2024, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**EDWARD CORDOVEZ,**

did employ, use, persuade, induce, entice, and coerce a minor, that is, MINOR VICTIM 2, to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, and such visual depiction having been produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction having actually been transported and transmitted using a means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 3
### Production of Material Involving the Sexual Exploitation of Minors
### (18 U.S.C. § 2251(a) and (e))

From on or about June 2, 2024, and continuing through on or about June 3, 2024, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**EDWARD CORDOVEZ,**

did employ, use, persuade, induce, entice, and coerce a minor, that is, MINOR VICTIM 2, to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, and such visual depiction having been produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction having actually been transported and transmitted using a means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 4
### Distribution of Visual Representations of the Sexual Abuse of Children
### (18 U.S.C. § 1466A(a)(2))

On or about May 24, 2023, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**EDWARD CORDOVEZ,**

did knowingly distribute a visual depiction of any kind, including a drawing and cartoon, that depicted an image that was, and appeared to be, of a minor engaged in sadistic and masochistic abuse and sexual intercourse, and lacked serious literary, artistic, political, and scientific value, and such visual depiction had been shipped and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 1466A(a)(2) and 2252A(b)(1).

## COUNT 5
## Possession of Material Involving the Sexual Exploitation of Minors
## (18 U.S.C. § 2252(a)(4)(B) and (b)(2))

On or about June 6, 2024, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**EDWARD CORDOVEZ,**

did knowingly possess matter, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor and a minor who had not yet attained twelve years of age.

## FORFEITURE ALLEGATIONS

1. The allegations of this Second Superseding Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **EDWARD CORDOVEZ,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Sections 2251 and/or 2252, as alleged in this Second Superseding Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

a. any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. Upon conviction of a violation of Title 18, United States Code, Section 1466A, as alleged in this Second Superseding Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1467(a):

a. any obscene material produced, transported, mailed, shipped, or received in violation of this chapter;

b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

All pursuant to Title 18, United States Code, Sections 2253(a) and 1467(a), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 1467(b) and 2253(b).

A TRUE BILL

███████████████

FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
JACOB KOFFSKY
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 24-20272-CR-ALTMAN(s)(s)

v.

EDWARD CORDOVEZ,

_____/
            Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) __No__
Number of New Defendants __0__
Total number of new counts __1__

**Court Division** (select one)
☒ Miami   ☐ Key West   ☐ FTP
☐ FTL    ☐ WPB

I do hereby certify that:
1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) __No__
   List language and/or dialect: _____

4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)
   I   ☒ 0 to 5 days               ☐ Petty
   II  ☐ 6 to 10 days              ☐ Minor
   III ☐ 11 to 20 days             ☐ Misdemeanor
   IV  ☐ 21 to 60 days             ☒ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) __Yes__
   If yes, Judge __Roy K. Altman__   Case No. __24-20272-CR-ALTMAN(s)__
7. Has a complaint been filed in this matter? (Yes or No) __Yes__
   If yes, __Edwin G. Torres__   Magistrate Case No. __24-MJ-03119-Torres__
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) __No__
   If yes, Judge _____   Case No. _____
9. Defendant(s) in federal custody as of __June 6, 2024__
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) __No__
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)? (Yes or No) __No__
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) __No__
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? __No__
16. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? __No__

By:  _____
     Jacob Koffsky
     Assistant United States Attorney
     FL Bar No.           1018115

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: EDWARD CORDOVEZ

**Case No**: 24-20272-CR-ALTMAN(s)(s)

Count #: 1

Production of Material Involving the Sexual Exploitation of Minors

Title 18, United States Code, Section 2251(a) and (e)
* **Max. Term of Imprisonment:** 30 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 15 years
* **Max. Supervised Release:** 5 years to life
* **Max. Fine:** $250,000

Count #: 2

Production of Material Involving the Sexual Exploitation of Minors

Title 18, United States Code, Section 2251(a) and (e)
* **Max. Term of Imprisonment:** 30 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 15 years
* **Max. Supervised Release:** 5 years to life
* **Max. Fine:** $250,000

Count #: 3

Production of Material Involving the Sexual Exploitation of Minors

Title 18, United States Code, Section 2251(a) and (e)
* **Max. Term of Imprisonment:** 30 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 15 years
* **Max. Supervised Release:** 5 years to life
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release, and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

Count #: 4

Distribution of Visual Representations of the Sexual Abuse of Children

Title 18, United States Code, Sections 1466A(a)(2) and 2252A(b)(1)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count #: 5

Possession of Material Involving the Sexual Exploitation of Minors

Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Life
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release, and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.