October 29th 2024

Judge Roy Altman
Federal District Court
12th Floor
400 N. Miami Avenue
Miami, FL 33128

FILED BY ___ D.C.
NOV - 1 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Reference: Motion to Appoint Attorney
Case No. 24-CR-20272-ALTMAN    U.S. v. Edward Cordovez

Judge Roy Altman,

I am the spouse of a defendant in a federal case. I have received 2 subpoenas to testify against my husband in a case involving my children. I do not understand my rights regarding testifying against my husband or potential criminal liability that I may face. I understand I have spousal privilege which shields me from having to testify against my husband, if I choose. To protect my rights and assert this privilege I would like to request that counsel be appointed to represent my interest.

I understand I am a critical witness for the government. I need an attorney to be appointed in order to assist me with my rights during this process. My husband was already found to be indigent and appointed a Federal Public Defender. I too would need help as I cannot afford an attorney. I don't own a home, I don't have any assets and I just started employment a few weeks ago. My current work schedule is working 2 days a week. At this point I would need help with counsel to be appointed to represent my interest.

Thank you for your time, God bless.

Sincerely,

Dayana Del Carmen Pelaez Molina

534 W 16th St
Hialeah, FL 33010

Mobile Number 786-499-2094
Email: dayapelaez@gmail.com

DAYANA Pelaez Cordovez
534 W. 16th ST
Hialeah, FL 33010



CERTIFIED MAIL®

9589 0710 5270 2582 1035 58

Retail



33128

RDC 99

U.S. POSTAGE
FCM LETTER
MIAMI, FL 331
OCT 30, 2024

$5.58

S2324E50028

Judge Roy Altman
Federal District Court
12th Floor
400 N. Miami Ave
Miami, FL 33128



REC'D BY _____ D.C.
NOV - 1 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI