UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20272-CR-ALTMAN

UNITED STATES OF AMERICA

v.

EDWARD CORDOVEZ,

    **Defendant.**
_____/

**THE UNITED STATES OF AMERICA'S MOTION IN LIMINE**

On October 15, 2024, the Government notified the Defendant of its intent to offer evidence at trial under Federal Rule of Evidence 414(a) or, alternatively, Rule 404(b). *See* [ECF No. 24] (the "Notice"). In the Notice, the Government summarized conversations and images depicting child sexual abuse material ("CSAM") (*i.e.*, child pornography) that were posted on Reddit from an account linked to the Defendant—as well as CSAM images that were found on his cellular phone when he was arrested—and the Government argued that such evidence was admissible at trial to prove that the Defendant engaged in sexually explicit conduct with own infant-aged daughter. *See generally id*.

Since filing the Notice, the Government has brought additional charges against the Defendant; he is now charged with, among other things, sexually exploiting both his infant-aged daughter and his toddler-aged son. The Government has also prepared further for trial, including by more fully examining the contents of the Defendant's cellular phone and his activities on Reddit. The Government now moves *in limine* to admit—and to publish to the jury at trial— certain evidence that constitutes or concerns CSAM. In support of this request, the Government states as follows.

1

## I.  BACKGROUND

As the Court will recall from the Notice, the Defendant's Reddit activities alerted law enforcement to him.  Posts from Reddit username "Dear_Road6737" triggered an investigation, and in August 2023, the Orange County Sheriff's Office obtained a warrant to search the Reddit account associated with that username (the "Defendant's Reddit Account").  After information associated with that username led to the Defendant, the Federal Bureau of Investigation ("FBI") used that information to obtain a separate warrant to search the Defendant's residence and any digital devices found inside or on his person.  On June 6, 2024, the FBI executed that search warrant, arresting the Defendant and seizing a Samsung Galaxy cellular phone that was found in his pocket (the "Defendant's Cell Phone").

As further discussed in Section II, *infra*, the Government seeks to introduce a fraction of the CSAM and explicit materials that were found within the Defendant's Cell Phone and Reddit Account.  This limitation is designed to mitigate any prejudice against the Defendant without inhibiting the Government's ability to establish his guilt of the six charges he faces.  *See generally* Third Superseding Indictment [ECF No. 37].  Counts 1 and 2 charge the Defendant with production of material involving the sexual exploitation of minors, in violation of 18 U.S.C. § 2251(a) and (e).  The victim of Counts 1 and 2 is his toddler-aged son ("Minor Victim 1").  Counts 3 and 4 levy the same charge, except the victim involved is the Defendant's infant-aged daughter ("Minor Victim 2").  The Defendant also faces a charge for distributing (on Reddit) artificially generated images that depict the sexual abuse of infants and toddlers, in violation of 18 U.S.C. § 1466A(a)(2) (Count 5).  Lastly, Count 6 charges the Defendant with possession of material involving the sexual exploitation of minors, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

## II. EVIDENCE TO BE ADMITTED

### A. Evidence from the Defendant's Cell Phone

The CSAM that the Government seeks to introduce from the Defendant's Cell Phone was found in forensic extractions of the device, which the FBI performed in the days following their execution of the search warrant. Much of the CSAM was stored in an encrypted mobile application known as SGallery, which is designed to conceal photographs and videos. SGallery resembles a calculator, and it functions like a calculator when it is opened; however, if a passcode is entered into the calculator, the application transforms into a gallery.

In total, an estimated 2,500 images and videos of CSAM were found on the Defendant's Cell Phone. At trial, however, the Government will seek to admit approximately forty (40) CSAM files, as follows:

- Two (2) CSAM images as to Count 1;
- One (1) CSAM video as to Count 2;
- Three (3) CSAM images as to Count 3;
- Four (4) CSAM images as to Count 4;
- Nine (9) artificially generated images that depict CSAM involving toddler and infant-aged children, as to Count 5; and
- Twenty (20) CSAM images and videos involving toddler and infant-aged children as to Count 6.

Some of the CSAM images that the Government seeks to introduce contain written text on them, including phrases like: "Child porn is really awesome," and "Proud to be a pedo." As explained below, the Government contends that these images are equally admissible. Additionally, the Government seeks to introduce various non-CSAM evidence from the Defendant's Cell Phone, though such evidence is not the subject of this Motion.

3

### B. Evidence from the Defendant's Reddit Account

The CSAM images and videos underlying Counts 1 through 4 of the Indictment each depict an adult male whose face is not visible. The Government will argue at trial that they all depict the Defendant. But, since the Defendant has not admitted to his presence in any of them, he has effectively placed his identity at issue. *See, e.g. United States v. Maestas*, 546 F.2d 1177, 1181 (5th Cir. 1977) ("All facts affording any reasonable inference as to the identity of a person charged with having committed a crime are properly admitted when they tend to establish guilt.")

Accordingly, to help prove that the Defendant is the adult male depicted in the CSAM images and videos underlying Counts 1 through 4, and for instance, that he intended to produce those images and videos, the Government seeks to introduce evidence from the Defendant's Reddit Account that tends to make those showings. *See* [ECF No. 28] (containing the Government's notice of intent, pursuant to Federal Rule of Evidence 902(11), to admit certified records from Reddit). The Reddit records are comprised of twenty (20) Microsoft Excel spreadsheets that, collectively, contain thousands of rows of data. The Government seeks to admit and publish only select portions of certain spreadsheets, as described below.

#### 1. The "ip_logs" spreadsheet

The "ip_logs" spreadsheet shows all the internet provider ("IP") addresses associated with the Defendant's Reddit Account, including the IP address that was used to register and access the account and several other IP addresses that were used to access the account while it was active. The spreadsheet also shows the date and time when the IP addresses were used. Importantly, the IP address used to register the Defendant's Reddit Account on May 15, 2023, (hereinafter the "Target IP Address"), is also shown in a certified subscriber information record from AT&T, which associates the Target IP address with the Defendant. *See* [ECF No. 28] (containing the

4

Government's notice of intent, pursuant to Federal Rule of Evidence 902(11), to admit certified records from AT&T). At trial, the Government would show the jury both the AT&T subscriber record and the "ip_logs" spreadsheet, so the jury may infer that it was the Defendant who registered the Reddit Account. The Government would also show the jury additional potions of the "ip_logs" spreadsheet, which show when the Target IP Address was being used to access the Defendant's Reddit Account. The Defendant's Reddit Account appears to have been active for about a month, until the middle of June 2023.

### 2. The "messages" spreadsheet

The "messages" spreadsheet shows time-stamped communications exchanged between the Defendant's Reddit Account and either other Reddit users or the Reddit platform itself. The spreadsheet shows that the Defendant's Reddit Account received several messages about joining communities (known as "subreddits"). The "subject" line of those messages includes the title of the subreddit that the Defendant's Reddit Account joined, while the "body" of the message includes a brief description about the subreddit. Below are messages that the Government seeks to introduce:

| Subject | Body |
| --- | --- |
| Welcome to r/menaresuperiorx! | welcome to this community, first of all men are superiueur. we are better and feminism is a lie. |
| Welcome to r/FuckingEvil! | Welcome to r/fuckingevil.  This community exists to share fetish content between adults. |
| Welcome to r/misogyny_xxx! | Welcome to r/misogyny_xxx!  Please remember before posting: |
| Welcome to r/MaleSuperiority! | Hello and welcome.  Please read and understand the few rules that are in existence.  There are no second changes, a one-time violation of the rules, and you're out of here for good. |

### 3. The "chat history" spreadsheet

The "chat history" spreadsheet contains nearly 2,500 rows of Reddit posts from both group chats and direct communications that the Defendant's Reddit Account participated in. Each row of data contains a time-stamped post from a Reddit user, hundreds of which were made by the Defendant's Reddit Account. In many instances, the Defendant's Reddit Account participated in conversations with other Reddit users; the Government seeks to introduce some of those conversations. Below is an example: a conversation between the Defendant's Reddit Account (in blue) and another Reddit user (in white) on May 27, 2023, between 5:37 AM and 5:59 AM[1]:

| Sender | Message |
|---|---|
| t3npenny | All your comments are super fucking hot [ ] would looove to hear about your experiences with your wife and daughter |
| Dear_Road6737 | Lol my comments have made me quite popular on here |
| t3npenny | [I've] been edging myself reading through all of them |
| Dear_Road6737 | Well my wife and I have been grooming our daughter since born basically. So she would be a good little slut. |
| t3npenny | How did you start grooming her to be the perfect daughter [ ] |
| Dear_Road6737 | Lots of porn, constant sex in her line of sight and using her as my personal cum dumpster |
| t3npenny | fuck [that's] so hot to me i wish you were my dad. my uncle did a good job teaching me a lot when i was young but i just wish it was my daddy since the moment i was born |
| Dear_Road6737 | Every girl should be raised this way to be honest. |
| t3npenny | My uncle and his friends fucked my brains out and spit roasted me when I was 5 and im so glad they did. |
| t3npenny | They taught me how to be a good well behaved little girl |
| Dear_Road6737 | That's awesome   That's about the age we were able to truly use her holes. |

---

[1] The timestamps in the Reddit spreadsheets are based on the coordinated universal time zone ("UTC").

### 4. The "comments" spreadsheet

The "comments" spreadsheet contains numerous timestamped statements made by the Defendant's Reddit Account on posts made by other Reddit users. Many of the comments are tied to the Target IP address. Though the spreadsheet does not show the commented-on post, it contains links that indicate the subject of the post, as well as the subreddit in which it was posted. Here are two examples of the links (in the left column) and the accompanying comment from the Defendant's Reddit Account (in the right column):

| Link | Comment |
|---|---|
| https://www.reddit.com/r/FuckingEvil/comments/12uua4p/its_important_to_find_a_man_that_can_take_care_of/ | Every mother and wife should allow and enjoy daddy taking care of her daighter. |
| https://www.reddit.com/r/secrethentaiclub/comments/12sotgd/daughter_swap/ | Would love to do this with my young daughter! |

### 5. The "votes" spreadsheets

Lastly, two spreadsheets contain "votes" (*i.e.*, "likes") that show the Defendant's Reddit Account indicating approval or disapproval (*i.e.*, a thumbs up or thumbs down) for posts and comments made by other Reddit users. Below are two examples:

| Link | Direction |
|---|---|
| https://www.reddit.com/r/misogyny_xxx/comments/13rh5rg/every_daughter_should_submit_to_their_father_you// | Up |
| https://www.reddit.com/r/FuckingEvil/comments/13prblt/i_dont_understand_why_many_women_are_against_rape/jlcbyme/ | Up |

7

### III.     ANALYSIS

#### A. **The CSAM evidence from the Defendant's Cell Phone is admissible because it is far more probative than prejudicial.**

The Supreme Court has explained that it is "unquestionably true as a general matter," that "the prosecution is entitled to prove its case by evidence of its own choice, or, more exactly that a criminal defendant may not stipulate or admit his way out of the full evidential force of the case as the Government chooses to present it."  *Old Chief v. United States*, 519 U.S. 172, 186–87 (1997).  It is critical, of course, to balance between "the degrees of probative value that a piece of evidence has and its prejudicial effect."  *United States v. Dodds*, 347 F.3d 893, 897 (11th Cir. 2003) (cleaned up).  But excluding evidence because of the danger of unfair prejudice, under Federal Rule of Evidence 403, is "an extraordinary remedy which the district court should invoke sparingly, and the balance . . . should be struct in favor of admissibility."  *Id*. (cleaned up). Indeed, in child pornography cases like this one, courts are "not required to scrub the trial clean of all evidence that may have an emotional impact, where the evidence is part of the government's narrative."  *United States v. Morales-Aldahondo,* 524 F.3d 115, 119–20 (1st Cir. 2008).

*Dodds* is a perfect example.   In that case, a defendant who was convicted of possessing child pornography appealed a trial court's decision to allow the government to publish 66 of the 3,400 images of child pornography said to be in the defendant's possession.  *See Dodds*, 347 F.3d at 897.   The defendant contended that the 66 images were "unfairly cumulative and prejudicial, overwhelming the evidence's minimal probative effect."  *Id*.   But the Eleventh Circuit disagreed.   It realized that the images were probative for several reasons: because they showed that the images were child pornography; because they showed that the defendant knew the images were child pornography; and because they allowed for an inference that the defendant intended to collect child pornography.   *See id*. at 898–99.   The Eleventh Circuit also noted: (1) that

8

prospective jurors were cautioned during *voir dire* about the potential of seeing child pornography and were excluded for cause, as necessary; and (2) that the government showed a relatively small amount of the total images to the jury. See *id*. at 899.

For all those reasons, the *Dodds* Court held that the trial court did not abuse its discretion in admitting the 66 images. See *id*. And such a conclusion has been reaffirmed by the Eleventh Circuit—and numerous other circuits—time and again over the last several years. See *United States v. Alfaro-Moncada*, 607 F.3d 720, 734 (11th Cir. 2010) (affirming a trial court's decision to publish five images of child pornography to a jury, even though a defendant stipulated to the images' contents); *United States v. Ballard*, 448 F. App'x 987, 988–89 (11th Cir. 2011) (affirming a conviction where a jury was shown fifteen (15) images and three videos of child pornography, despite the defendant's stipulation that they constituted child pornography); *United States v. Bilus*, 626 F. App'x 856, 869 (11th Cir. 2015) (affirming a trial court's admission and publication of eleven (11) images and two video clips depicting child pornography); *United States v. Rodriguez*, 797 F. App'x 475, 481 (11th Cir. 2019) (reversing a district court's refusal to allow the Government to publish any images or videos of child pornography); *see also United States v. Finley*, 726 F.3d 483 (3rd Cir. 2013) (affirming the admission and publication of 13 videos and two images contained a defendant's collection of more than 30,000 videos and images of child pornography); *United States v. McCourt*, 468 F.3d 1088, 1091–92 (8th Cir. 2006) (affirming the admission and publication of seven videos of child pornography despite a defendant's stipulation that they constituted child pornography).

In this case, the Government is doing exactly what it was permitted to do in *Dodds*: show the jury a fraction of the CSAM that the Defendant had in his possession. That the Government is employing the exact same strategy that courts around the country have approved is reason enough to admit and publish the CSAM referenced above.

As to Counts 1 through 4, though, the Government's need to present the CSAM images and videos is exponentially greater because he is charged not only with possessing them, but also with *producing* them. In other words, the Government must prove not only that the images and videos in support of Counts 1 through 4 are, in fact, CSAM, but also that the Defendant himself played a role in creating those depictions. *See* PATTERN CRIM. JURY INSTR. 11TH CIR. OI O82 (2024) (requiring the Government to prove: (1) that an actual minor, that is, a real person who was less than 18 years old, was depicted; and (2) that the Defendant employed, used, persuaded, induced, enticed, or coerced the minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of the conduct).

For the Government to have any chance at proving Counts 1 through 4 beyond a reasonable doubt, the jury needs to see those images and videos. The jury needs to view the visible characteristics of the adult male, the victims, the surroundings—all of which would help it determine whether the elements of the production charges are met. In short, the Court should allow the Government to admit into evidence—and publish to the jury during trial—approximately forty (40) CSAM images and videos to prove each of the six charges in the Third Superseding Indictment.

## B. Evidence from the Defendant's Reddit Account is inextricably intertwined with the charged crimes, though it is also admissible under Rule 414 and Rule 404(b).

In the Notice, *see* [ECF No. 24], the Government argued that evidence from the Defendant's Reddit Account is admissible under either Federal Rules of Evidence 414 or 404(b). That remains true, as explained below. But, having further analyzed this evidence and the CSAM images underlying Counts 1 through 4, the Court need not rely on either of those rules to admit the evidence because it is necessary to complete the story of, or inextricably intertwined with, those charged crimes.

Evidence of criminal activity other than charged offenses falls outside the scope of Rules 414 and 404(b) when it is "(1) an uncharged offense which arose out of the same transaction or series of transactions as the charged offense, (2) necessary to complete the story of the crime, or (3) inextricably intertwined with the evidence regarding the charged offense." *United States v. Edouard*, 485 F.3d 1324, 1344 (11th Cir. 2007) (cleaned up). "Evidence, not part of the crime charged but pertaining to the chain of events explaining the context, motive[,] and set-up of the crime, is properly admitted if linked in time and circumstances with the charged crime, or forms an integral and natural part of an account of the crime, or is necessary to complete the story of the crime for the jury." *United States v. McLean*, 138 F.3d 1398, 1403 (11th Cir. 1998). "And evidence is inextricably intertwined with the evidence regarding the charged offense if it forms an 'integral and natural part of the witness's accounts of the circumstances surrounding the offenses for which the defendant was indicted.'" *Edouard*, 485 F.3d at 1344 (quoting *United States v. Foster*, 889 F.2d 1049, 1053 (11th Cir.1989)).

A recent case from the Fourth Circuit is instructive. *See United States v. Hoover*, 95 F.4th 763, 770–71 (4th Cir. 2024). In *Hoover*, a defendant who was convicted of producing child

11

pornography with minor boys appealed, arguing that web searches indicating his sexual interest in minor boys should have been barred under Rule 404(b). *See id*. at 769. But the Fourth Circuit rejected that argument, noting that law enforcement had found the web searches on the same device as where the images giving rise to the charges were, and that the defendant made the web searches around the same time as his criminal conduct. *See id.* at 770–71. Instead, the Court found that "[o]mitting evidence of the web searches would have risked providing the jury an incomplete or inaccurate view of other evidence discovered on [the defendant's] phone, and of his intent to produce illicit content." *Id*. at 771 (cleaned up).

So, too, here. In this case, the evidence from the Defendant's Reddit Account chronologically coincides with the date of the offense in Count 1, where the Defendant is charged with sexually exploiting his toddler-aged son, Minor Victim 1. More specifically, the Defendant registered the Reddit Account on May 15, 2023, and used it for about a month, while the date of offense for Count 1 is May 30, 2023. Plus, the statements made through the Defendant's Reddit Account explain the context, motive, and set up for the crime: they make clear that the Defendant openly discussed the idea of sexually abusing children generally, his own children, specifically, and daughters, particularly (Minor Victim 2 was born less than a year later after the Reddit activities). It would be difficult, if not impossible, to tell a story in which the Defendant sexually abused his own children without his commentary that he was willing to—and that he *desired* to—do so.

In any event, as the Government has previously explained, the evidence from the Defendant's Reddit Account is admissible under both Federal Rule of Evidence 414 and 404(b). Federal Rule of Evidence 414 provides that, "[in] a criminal case in which a defendant is accused of child molestation, the court may admit evidence that the defendant committed any other child molestation. The evidence may be considered on any matter to which it is relevant." FED. R. EVID. 414(a). The term "child molestation" includes, among other things: (1) "any conduct prohibited by 18 U.S.C. chapter 110," FED. R. EVID. 414(d)(2)(B); and (2) "deriving sexual pleasure or gratification from inflicting death, bodily injury, or physical pain on a child," FED. R. EVID. 414(d)(2)(E). To be sure, the evidence must also satisfy other prerequisites. It must be relevant to the matter for which it is offered. *See* FED. R. EVID. 414(a). It must be authenticated. *See* FED. R. EVID. 901(a). It cannot be inadmissible hearsay. *See* CHRISTOPHER B. MUELLER & LAIRD C. KIRKPATRICK, PROVING SIMILAR CRIMES IN TRIALS FOR CHILD MOLESTATION, 2 FEDERAL EVIDENCE § 4:86, AT 1 n.5. (August 2023). And the evidence cannot be overly prejudicial, under Federal Rule of Evidence 403. *See, e.g., United States v. Woods*, 684 F.3d 1045, 1064–65 (11th Cir. 2012).

The evidence from the Defendant's Reddit Account satisfies all those requirements. The evidence is relevant because it makes it more probable that the Defendant was enthralled with the idea of engaging in sexually explicit conduct with his infant daughter and with the concept of causing her pain. The evidence will be authenticated via a 902(11) certificate. *See* [ECF No. 28]. And the evidence is not hearsay because the only statements that the Government seeks to introduce for their truth are statements made by the Defendant's Reddit Account. *See* FED R. EVID. 802(d)(1)(A) (explaining that a statement offered against an opposing that was made by the party is not hearsay). Statement made by other Reddit users would be introduced merely for

context.

The evidence from the Defendant's Reddit Account is equally admissible under Rule 404(b). Rule 404(b) is a rule "of inclusion[,] which allows [extrinsic] evidence unless it tends to prove only criminal propensity." *United States v. Ellisor*, 522 F.3d 1255, 1267 (11th Cir. 2008). While the rule prohibits other acts to show that a defendant acted in accordance with that prior act, it permits evidence that "prov[es] motive, opportunity, intent, preparation, knowledge, identity, absence of mistake, or lack of accident." FED. R. EVID. 404(b)(2). For an act "to be admissible under Rule 404(b), (1) it must be relevant to an issue other than defendant's character; (2) there must be sufficient proof to enable a jury to find by a preponderance of the evidence that the defendant committed the act(s) in question; and (3) the probative value of the evidence cannot be substantially outweighed by undue prejudice, and the evidence must satisfy Rule 403." *Edouard*, 485 F.3d at 1344 (11th Cir. 2007).

The evidence from the Defendant's Reddit Account meets each these prerequisites, too. The evidence is relevant to issues other than the Defendant's character—it tends to prove nearly every permitted use in Rule 404(b): the Defendant's motive to sexually abuse his own children; his opportunity to do so; his intent, preparation, and plan to accomplishing the goal; his knowledge regarding sexually abusing; and the absence of any mistake in following through. And the evidence could be critical in establishing identity—that it was the Defendant who produced the CSAM images and videos underlying Counts 1 through 4 of the Indictment.

14

**IV.   CONCLUSION**

For the foregoing reasons, the Court should issue pretrial rulings admitting (A) the approximately forty (40) CSAM images and videos from the Defendant's Cell Phone and (B) the various evidence from the Defendant's Reddit Account.   At the calendar call, the Government will be prepared to provide the Court with the evidence that it is looking to introduce, should the Court wish.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY:    */s/ Jacob Koffsky*
       Jacob Koffsky
       Assistant United States Attorney
       99 NE 4th Street
       Miami, Florida 33132
       305-961-9386
       Jacob.Koffsky@usdoj.gov
       Florida Bar. No. 1018115

**LOCAL RULE 88.9(a) CERTIFICATE OF CONFERRAL**

  **I HEREBY CERTIFY** that on November 12, 2024, the Government conferred with counsel for Defendant Edward Cordovez regarding the instant Motion, pursuant to Southern District of Florida Local Rule 88.9(a). Defense counsel indicated that the Defendant opposes the relief sought.

              *s/ Jacob Koffsky*
              Jacob Koffsky
              Assistant United States Attorney

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on November 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document and the referenced discovery is being served this day on counsel of record.

              */s/ Jacob Koffsky*
              Jacob Koffsky
              Assistant United States Attorney