UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20272-CR-ALTMAN

UNITED STATES OF AMERICA

v.

EDWARD CORDOVEZ,

    **Defendant.**

_____/

## THE UNITED STATES OF AMERICA'S
## SECOND RESPONSE TO THE STANDING DISCOVERY ORDER

The United States of America files this second response to the Standing Discovery Order, *see* [ECF No. 12] ("SDO"), having produced additional discovery to counsel for Defendant Edward Cordovez since the Government's first response to the SDO, *see* [ECF No. 18]. The Government has digitally produced both documents and other electronic files to defense counsel on a rolling basis. Thus far, the Government has produced six (6) additional batches of discovery since its initial response to the SDO, labeling each production as "Prod 002," "Prod 003," etc. Below is a chart detailing what is included in each production set:

| Production Set and Date Produced | Summary of Contents |
|---|---|
| Prod 002 (August 10, 2024) | Law enforcement reports of investigation memorializing an August 6, 2024 interview conducted with the Defendant's wife. |
| Prod 003 (October 8, 2024) | • Law enforcement reports of investigation memorializing interviews conducted with other relatives of the Defendant.<br><br>• Birth certificates of the Minor Victims in this case.<br><br>• Law enforcement reports of investigation memorializing analysis of the Defendant's cell phone. |

| | |
|---|---|
| Prod 004 (October 27, 2024) | Calls and emails that the Defendant has exchanged while in federal custody in connection with this case. |
| Prod 005 (October 27, 2024) | Body-worn camera footage from the June 6, 2024 execution of a warrant to search the Defendant's |
| Prod 006 (October 28, 2024) | Certified transcription of the Defendant's post-*Miranda* interview. |
| Prod 007 (November 9, 2024) | Revised version of "Prod 004." |

Additionally, the parties have held two, in-person discovery conferences—one on September 19, 2024, the second on November 13, 2024. During each conference, defense counsel had the opportunity to inspect the contents of the Defendant's cell phone, including all images and videos that constitute child sexual abuse material ("CSAM") and that underly the charges in this case.

Finally, the Government hereby discloses that, on November 12, 2024, the Government spoke by phone with an employee of Florida's Department of Children and Families ("DCF"). The DCF case worker informed the Government that in accordance with DCF protocol, and with the approval of counsel for the Defendant, she conducted an interview of the Defendant, which she scheduled with defense counsel on or about August 13, 2024. The DCF employee conducted the interview on or about August 14, 2024, at FCD Miami, where the Defendant has been in custody. According to the DCF employee, the Defendant made incriminating statements during the interview, including statements in which he: (1) admitted to engaging in sexually explicit conduct with Minor Victim 2 and then deleting images depicting that conduct; and (2) admitted to being addicted to child pornography and to trying to ward off that addiction with prescription drugs. The DCF employee indicated that she prepared a report memorializing her interview. The Government has requested that report and will produce that report upon receipt of it.

The United States is aware of its continuing duty to disclose newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, *Brady*, *Giglio*, *Napue*, and the obligation to assure a fair trial.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: November 15, 2024

By: */s/ Jacob Koffsky*
JACOB KOFFSKY
Assistant United States Attorney
U.S. Attorney's Office – SDFL
Florida Bar No.: 1018115
99 NE 4th Street, 6th Floor
Miami, Florida 33132
Tel: (305) 961-9386
Email: Jacob.Koffsky@usdoj.gov

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on November 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document and the referenced discovery is being served this day on counsel of record.

                                          */s/ Jacob Koffsky*
                                          Jacob Koffsky
                                          Assistant United States Attorney