# MINUTE ORDER

Page 7

## Magistrate Judge Enjolique A. Lett

**Atkins Building Courthouse - 10th Floor**  Date: 11/12/24   Time: 1:30 p.m.

**Defendant:** Edward Cordovez   **J#:** 19004-511   **Case #:** 24-20272-CR-ALTMAN(s)(s)(s)
**AUSA:** Andrea Goldberg   **Attorney:** AFPD; DANIEL ECARIUS
**Violation:** Production of material involving the sexual exploitation of minors   **Surr/Arrest Date:**   **YOB:**

**Proceeding:** Arraignment on 3rd Superseding Indictment   **CJA Appt:**
**Bond/PTD Held:** ☐ Yes ☐ No   **Recommended Bond:**
**Bond Set at:** Pretrial Detention   **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

**Language:** English

**Disposition:**
*Defendant sworn and advised of rights & charges.
**Defendant Arraigned.**
*Reading of Indictment waived.
Not Guilty Plea entered, Jury Trial demanded
Standing Discovery order requested.

**Brady Order Given**

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
**D.A.R.** JG 15:00:48   **Time in Court:** 8mins

s/Eduardo I. Sanchez   Magistrate Judge