UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20272-CR-ALTMAN

UNITED STATES OF AMERICA

v.

EDWARD CORDOVEZ,

    Defendant.
_____/

## FACTUAL PROFFER

The United States of America, Edward Cordovez (the "Defendant"), and the Defendant's stipulate to and agree not to contest the following facts and stipulate that such facts, in accordance with Rule 11(b)(3) of the Federal Rules of Criminal Procedure, provide a sufficient factual basis for the plea of guilty to each charge in the ~~Indictment~~ Third Superseding Indictment. The Parties agree that, had this case proceeded to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:  JK DE EC

In May and June 2023, a Reddit account with the username "Dear_Road6737" participated in several conversations with other Reddit users about engaging in sexually explicit conduct with children. The conversations caused online tips to be submitted and forwarded to law enforcement. Law enforcement, in turn, investigated the Reddit username "Dear_Road6737" and was able to attribute it to the Defendant because it had been registered through an internet provider ("IP") address that was connected to the Defendant's residence and through an email address that belongs to the Defendant. And, in August 2023, law enforcement applied for and executed a warrant to search the Reddit account with the username "Dear_Road6737" (the "Defendant's Reddit Account").

In response to the search warrant, Reddit produced numerous spreadsheets containing data about the Defendant's Reddit Account and its online activity. The spreadsheets show numerous conversations that the Defendant's Reddit Account participated in with other users about engaging in sexually explicit conduct with children. During these conversations, the Defendant represented to other Reddit users, among other things: (1) that he engaged in sexually explicit conduct with his own children; (2) that he began to "groom" his children at birth to engage in sexually explicit conduct with him; and (3) that he derived sexual pleasure or gratification from inflicting bodily injury or physical pain on children.

The search of the Defendant's Reddit Account also revealed that, on or about May 24, 2023, the Defendant uploaded into a Reddit group chat at least eight (8) visual depictions that appear to show toddler-aged and infant-aged children engaging in sexual intercourse. These visual depictions lack serious any literary, artistic, political, or scientific value, and by uploading them into a Reddit group chat, the Defendant knowingly distributed them through a communication made by computer and in interstate or foreign commerce.

On June 6, 2024, law enforcement executed a warrant to search the Defendant's residence in Hialeah, Florida, and all digital devices found therein or on the Defendant's person. Law enforcement detained the Defendant during the search and, inside his pocket, found a Samsung Galaxy A54 cellular phone (the "Defendant's Cell Phone"), which is produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce. Law enforcement interviewed the Defendant, who waived his *Miranda* rights and made several statements. He admitted to using Reddit to have conversations about, and to upload and download images depicting, children engaging in sexually explicit conduct. The Defendant also admitted to possessing on his Cell Phone visual depictions of children engaging in sexually explicit conduct.

At the conclusion of the Defendant's interview with law enforcement on June 6, 2024, he showed them that he stored those visual depictions on his Cell Phone, within a password-protected phone application that resembled a calculator but was, in fact, a photo gallery. Inside the application were thousands of images and videos, many of which depicted prepubescent children, toddlers, or infants engaging in sexually explicit conduct. Producing these images and videos involved using a minor engaged in sexually explicit conduct. Further, the Defendant knew that at least one performer in these visual depictions was a minor, that is, a real person who was less than eighteen (18) years' old, and that the visual depictions showed minors engaged in sexually explicit conduct.

Based on the Defendant's statements and the contents within the Defendant's Cell Phone, law enforcement arrested the Defendant. Law enforcement later forensically searched the Defendant's Cell Phone, pursuant to the warrant. In so doing, law enforcement recovered images and videos that show the Defendant engaging in sexually explicit conduct with his toddler-aged son ("Minor Victim 1") and infant-aged daughter ("Minor Victim 2").

The Defendant engaged in sexually explicit conduct with Minor Victim 1 on two occasions: (1) on or about May 30, 2023; and (2) on or about January 29, 2024. The Defendant engaged in sexually explicit conduct with Minor Victim 2 also on two occasions: (1) from on or about May 29, 2024, and continuing through on or about May 30, 2024; and (2) from on or about June 2, 2024, and continuing through on or about June 3, 2024. On all four occasions, the Defendant employed, used, persuaded, induced, enticed, or coerced either Minor Victim 1 or Minor Victim 2 to engage in sexually explicit conduct for the purpose of producing a visual depiction of the conduct, and each visual depiction was produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer.

Additionally, because each visual depiction shows either Minor Victim 1 or Minor Victim 2, each visual depiction shows an actual minor, that is, a real person who was less than eighteen (18) years' old. The Defendant's possession, distribution, and production of child sexual abuse material ("CSAM"), as described above, all occurred within the Southern District of Florida.

The parties agree that these facts, which do not include all facts known to the Government and the Defendant, are sufficient to prove beyond a reasonable doubt that the Defendant committed each and every offense charged in the ~~Indictment~~ Third Superseding Indictment. JK DE EC

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 11/27/24   By: _____
JACOB KOFFSKY
ASSISTANT UNITED STATES ATTORNEY

Date: 11/27/24   By: _____
DANIEL ECARIUS
ATTORNEY FOR DEFENDANT

Date: 10/27/24   By: _____
EDWARD CORDOVEZ
DEFENDANT

4