**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CR-20272-ALTMAN**

**UNITED STATES OF AMERICA**

**v.**

**EDWARD CORDOVEZ,**

       **Defendant.**

_____

**NOTICE ON FORFEITURE**

The United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this notice on forfeiture. The United States is not pursuing federal judicial forfeiture at this time.

                                          Respectfully submitted,

                                          MARKENZY LAPOINTE
                                          UNITED STATES ATTORNEY

By:   */s/ Emily R. Stone*
        Emily R. Stone
        Assistant United States Attorney
        Florida Bar No. 092077
        U.S. Attorney's Office
        99 Northeast Fourth Street, 7th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9407
        E-mail: Emily.Stone@usdoj.gov