UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cr-20272-RKA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**EDWARD CORDOVEZ,**

    **Defendant.**

_____/

**MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL**

Pursuant to Local Rules 7.1(a)(1)(F) and 11.1(d)(3)(B), the undersigned counsel hereby files this Motion to Withdraw and For Substitution of Counsel as asset forfeiture Assistant United States Attorney for the United States of America in this cause. The undersigned counsel is no longer employed by the United States Attorney's Office for the Southern District of Florida and has moved out of the district.

The undersigned requests that her name not appear as counsel representing the United States in this cause, and she be removed from the service list and electronic notices via CM/ECF in this case on all further pleadings; and further, that Assistant United States Attorney Eloisa D. Fernandez, Chief of the Asset Forfeiture Division, be substituted in her place to address any asset forfeiture issues that may arise in this case for the United States.

    Dated January 16, 2025

                                              Respectfully submitted,

                                              TODD KIM
                                              Assistant Attorney General
                                              Environment & Natural Resource Division
                                              U.S. Department of Justice

By: <u>s/ Emily R. Stone</u>
Emily R. Stone
Trial Attorney
Fla. Bar No. 92077
Environmental Crimes Section
U.S. Department of Justice
150 M Street NE
Washington, DC 20002
Telephone: (202) 305-5681
emily.stone2@usdoj.gov