UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cr-20272-RKA

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**EDWARD CORDOVEZ,**

    Defendant.

_____/

**ORDER GRANTING MOTION TO WITHDRAW AND
FOR SUBSTITUTION OF COUNSEL**

THIS CAUSE having come before the Court on the Motion to Withdraw and For Substitution of Counsel. This Court having considered the motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that:

The Motion is **GRANTED**. Emily R. Stone is withdrawn as Assistant United States Attorney. The Clerk shall remove Emily R. Stone as counsel in this case and substitute her place Assistant United States Attorney Eloisa D. Fernandez to address any asset forfeiture issues that may arise in this case for the United States.

DONE AND ORDERED in Chambers in Miami, Florida, this ____ day of January, 2025.

 

                                                                                   _____
                                                                                    ROY K. ALTMAN
                                                                                    UNITED STATES DISTRICT JUDGE

Copy:
Counsel of Record