UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20272-CR-ALTMAN

UNITED STATES OF AMERICA

v.

EDWARD CORDOVEZ,

    **Defendant.**
_____/

THE UNITED STATES OF AMERICA'S
UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States of America—without objection from the Defendant, Edward Cordovez—respectfully requests to continue the sentencing hearing in this case from its current date of February 18, 2025, to either March 20 or March 21, 2025. In support of this request, the Government states as follows.

1. On November 8, 2024, a federal grand jury in this District returned a Third Superseding Indictment against the Defendant. *See* [ECF No. 37]. The Third Superseding Indictment charges the Defendant with: (i) four counts of production of child pornography, in violation of 18 U.S.C. § 2251(a) & (e); (ii) one count of distribution of visual representations of the sexual abuse of children, in violation of 18 U.S.C. § 1466A(a)(2); and (iii) one count of possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) & (b)(2).

2. On November 27, 2024, the Defendant pled guilty to all six counts in the Third Superseding Indictment, without a plea agreement. *See* Minutes Entry [ECF No. 47]; *see also* Factual Proffer [ECF No. 48]. The Court set the sentencing hearing for February 18, 2025, *see* [ECF No. 49], and the Defendant remained in federal custody.

3. On January 22, 2025, the United States Probation Office ("USPO") issued a draft presentence investigation report. *See* Draft PSI [ECF No. 54]. Neither party objected to the Draft PSI, and so the USPO issued its final report on February 6, 2025. *See* Final PSI [ECF No. 55]. The Final PSI states that the Defendant's sentencing guidelines are life imprisonment. *See id.* ¶ 103.

4. On February 12, 2025 (earlier today), the undersigned Assistant United States Attorney received confidential contact information of the victims of the charged offenses in this case, who must be informed about the sentencing hearing. *See* 18 U.S.C. § 3771. The undersigned Assistant United States Attorney has not yet been able to review this information, much less incorporate it into the Government's preparations for sentencing.

5. The Government respectfully submits that more time is needed to prepare for the sentencing hearing and, once those preparations are made, to notify defense counsel about the Government's position. The Government also submits that a thirty-day continuance of the sentencing will not prejudice the Defendant and instead could assist the parties with streamlining the remaining proceedings in this case, including with regard to restitution.

6. In addition to the above, the undersigned Assistant United States Attorney was recently assigned to help handle a two-week trial that will take place in Fort Pierce beginning on February 24, 2025. *See United States v. McCabe*, 24-80103-CR-CANNON. The calendar call in the case is set for February 18, 2025, which directly conflicts with this sentencing.

[SPACE INTENTIONALLY LEFT BLANK]

## **CONCLUSION**

For the reasons stated above, the Government respectfully request that the Court **GRANT** this Motion and continue the sentencing until March 20 or March 21, 2025.

                                                     Respectfully submitted,

                                                     HAYDEN P. O'BYRNE
                                                     UNITED STATES ATTORNEY

BY:    */s/ Jacob Koffsky*
          Jacob Koffsky
          Assistant United States Attorney
          99 NE 4th Street
          Miami, Florida 33132
          305-961-9386
          Jacob.Koffsky@usdoj.gov
          Florida Bar. No. 1018115

## LOCAL RULE 88.9(a) CERTIFICATE OF CONFERRAL

**I HEREBY CERTIFY** that on February 12, 2025, the Government conferred with counsel for Defendant Edward Cordovez regarding the instant Motion, pursuant to Southern District of Florida Local Rule 88.9(a). Defense counsel indicated that the Defendant does not oppose the relief sought.

*s/ Jacob Koffsky*
Jacob Koffsky
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 12, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record.

*/s/ Jacob Koffsky*
Jacob Koffsky
Assistant United States Attorney