UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20272-Cr-ALTMAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDWARD CORDOVEZ,

    Defendant

_____/

## NOTICE OF FILIING LETTERS IN SUPPORT OF SENTENCING

    The defendant Edward Cordovez, by and through undersigned counsel hereby files the attached letters and photos in support of his sentencing hearing.

    Respectfully submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

By:   /s/ *Daniel L. Ecarius*
       Daniel L. Ecarius
       Assistant Federal Public Defender
       Florida Bar No. 719765
       150 W. Flagler Street,
       Suite 1700 Miami, FL 33l30-7000
       Email: daniel_ecarius@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on February 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

<i><u>/s/ Daniel L. Ecarius</u></i><br>
Daniel L. Ecarius