Dear Roy Altman,

I am writing you regarding Edward Cordovez is a close friend of mine. Me and his wife Dayana Pelaez met Edward back in 2014 attending Non-Stop CrossFit. At the time he was a CrossFit coach and would instruct Dayana and myself various workouts.

I am pleased to share my experience working alongside Edward Cordoves in various initiatives focused on improving the health and well-being of our community. Throughout these opportunities, Edward has consistently demonstrated a deep passion and dedication to helping people live healthier and more active lives.

I had the privilege of working with Edward at one of the CrossFit gyms he managed. During that time, I witnessed his tireless efforts to create a welcoming and inclusive environment for people of all fitness levels. Edward not only provided a space for physical training but also personally engaged with each member, helping them achieve their fitness goals and improve their overall well-being. His approach always extended beyond just physical exercise, promoting a balanced and healthy lifestyle.

What stands out most about Edward is his ability to foster a strong sense of community. He organized events, workshops, and activities focused on wellness, ensuring that people not only looked better but also felt better in every aspect of their lives. His ability to motivate and guide others is truly admirable, always with a positive and contagious attitude.

I am confident that anyone who has the opportunity to work with Edward will see his passion for health and his genuine desire to make a positive impact on the lives of others.

Sincerely,

Juan Camilo Sánchez



**SAINT BENEDICT**
CATHOLIC PARISH

October 16, 2024

To Honorable Judge Roy Altman:

I have known Mr. Eduard Cordovez and Mrs. Dayana Pelaez as a parishioner of St. Benedict for many years (Envelope 2055). They currently reside at 534 W 16th Street Hialeah, Florida 33010.

Mr. Cordovez and Mrs. Pelaez attend our weekly services faithfully. They are also involved in our community, participating in many of our parochial events.

Whatever can be done for Mr. Cordovez and Mrs. Pelaez would be greatly appreciated. They are always faithful to her commitments and Christian values.

If you have any further questions, do not hesitate to contact the office at (305) 558-2150.

Sincerely yours in Christ,

Rev. Yonhatan Londoño

Pastor



Dear Roy Altman,

Hello my name is Sharlyn Valle, and I have known Edward Cordovez for more than 10 years, I was in Herbalife when I met him, he came into the company after I did, when my daughter was very young maybe like 7 years old.. I met him in a Herbalife nutritional club around my house in Hialeah. We were in the same team, so we did a lot of activities together, like picnics, weight loss challenges, bootcamps, beach bootcamps, spa parties, and many different events for our business. He has always been very kind, respectful, funny, and a very good person and friend. After sometime, he started doing free bootcamps at the nutritional club, that I attended with by daughter, and other friends and either kids.. we also  traveled together in many different occasion, for Herbalife events, and have stead in the same room with other people..
Sense I have known him he has done so much for the community like creating free bootcamp for the whole family for a healthier life. Donating toys to children during Christmas season. Giving out meals to the homeless. Supporting pet adoption events. I have been part of seeing how a great husband he has been to his wife, and an amazing dad..  he have shared many memories together, with our families. Our kids have had playdates and we always attend our kids birthday parties. He has always been a family oriented guy. Edward has always been a one-of-a-kind humble man. It sadness me to see what Edward and his family is going through.


Sharlyn Valle

10/06/2024

Honorable
Roy Altman,
U.S District Judge, Miami, FL

I am writing to provide a character reference letter for defendant Edward Cordovez, whom I have known since 2016. It was brought to my attention that Edward will appear before you in court and I would like to show my support.

I met Edward Cordovez through his wife Daya, which I have also known for over 20 years, they had just opened their gym Scorpius Elite Fitness, and he was the coach. Edward, who we also know as Ed, had a big impact on my life and others. Ed was truly inspiring in our fitness community and his dedication and knowledge would make our workouts enjoyable and effective. He pushed everyone to be their very best.

As time passed by Ed became my friend, He and Daya were very supportive in my time of need and when I lost my job at one point, he allowed me to work at the gym as a form of payment to continue going to the gym. They would help buy clothes for me without asking for an interview, they would occasionally take my daughter and me out to eat and never let us pay. They would surprise me with gym clothes or shoes because they knew my struggles growing up as a single mother and allowed me to bring my daughter so I could continue caring about my health. He would also advise my little one to stay in school and they would even help me celebrate her birthday with their nephew Nico. He was one of the best role models I had along with Daya while growing up and one of my biggest support systems.

Ed was not only like this to me but with anyone he knew he could help. Edward is kind, empathetic, trustworthy, honest, and respectful. His actions were always selfless, and he often put others' needs before his own. On Sundays, Ed and Daya would buy everything to make sandwiches, water, juices, chips, and toothbrushes with toothpaste to help the homeless and was a perfect example of sharing the little they had with anyone in a time of need.

On top of always being there for others, he was very involved in helping the animal shelters such as the Miami Dade shelter. He would host events at Tropical Park where he would invite the community to work out and adopt cats or dogs. They even adopted two dogs of their own to help.

Your honorable Roy Altman, I respectfully request that you consider the submitted photos as evidence of Edward's character. These images reflect the positive experiences and meaningful interactions that speak to his qualities. Please consider all the good they have done before making a judgment.

Thank you in advance and if you have any questions, please feel free to contact me.

Luvy Rojas

Raymon Miranda

February 5th, 2025

The Honorable Senior Judge Robert N. Scola, Jr.

400 North Miami Avenue
Miami, Florida 33128

Subject: Character Reference for Edward Cordovez

Dear Senior Judge Robert N. Scola, Jr.,

This letter is in reference to Edward Cordovez. I have known Edward Cordovez for 22 years. I met Edward Cordovez my sophomore year in 2003 at Miami Springs Senior High. Edward Cordovez is then just a best friend, he is like a brother to me and we shared many memorable moments, during which I always consistently observed him being responsible, graceful, kind, helpful, career motivated and family oriented. From December 2012 through November 2016, I moved to Naples for my career and during this time Edward would remain in contact with me. In November of 2016, I moved back to Miami, Edward Cordovez was the owner of CrossFit Gym, Scorpius Elite Fitness, and for many months he allowed me to work out free of charge because that is the type of friend he was. He wanted me to remain fit and always pushed me and motivated me to be healthy. During his CrossFit journey he always motivated everyone, not just me, the gym was a judgement free, humble place to work out but also spend time together. Edward Cordovez was always so encouraging in his words and was the type of best friend that was always available when needed. Edward Cordovez was always helping those he loved. I have a lot of core memories with Edward from owning Ducati motorcycles and riding together Sunday mornings, going mountain bike riding at Amelia Park, race car races at the Homestead Speedway, supporting First Responders Events, baseball games, our very own gender reveals, our weddings and never ever did he display any unusual behavior. On the contrary, myself and those who knew Edward Cordovez loved to be around him.

I am aware of the charges Edward Cordovez is facing and while I do not agree with his behavior, I feel a "life sentencing" is unjust. Honorable Senior Judge Robert N. Scola, Jr., I hope you take everything into consideration at the time of sentencing.

I want to thank you for your time. Please do not hesitate to contact me if you require further information.

Sincerely,

Raymon Miranda

Yadira ▮▮▮▮▮                                                              Aguilar

February 5th, 2025

The Honorable Senior Judge Robert N. Scola, Jr.

400 North Miami Avenue
Miami, Florida 33128

Subject: Character Reference for Edward Cordovez

Dear Senior Judge Robert N. Scola, Jr.,

This letter is in reference to Edward Cordovez. I have known Edward Cordovez for seven years, and during that time, I had consistently found him to be responsible, hardworking, and humble. I met Edward Cordovez through my partner, his best friend Raymon Miranda. Edward Cordovez always displayed to be a loving and devoted son, friend, spouse and father. Edward Cordovez never treated anyone disrespectfully during our interactions, whether they took place at one another's home or at family gatherings and outings. Edward Cordovez was the type of person willing to help others. Edward Cordovez was always welcomed at our home and truthfully his company was always enjoyed. From doing BBQs to grabbing a paint brush and helping me paint my children's room and building their furniture with my partner. Edward Cordovez was very encouraging and motivational, especially when it came to your health and overall fitness. I never witnessed any actions of Edward Cordovez demonstrating his moral depravity.

The Edward Cordovez I knew and the one that is incarcerated at the Federal Detention Center (FDC Miami) are for me, two distinct people. His actions have been completely out of character and shocking for anyone who spent time with him. Honorable Senior Judge Robert N. Scola, Jr., I am aware of the serious nature of the charges against Edward Cordovez and while I do not condone his behavior I also, feel a sentencing of life is harsh and extreme. I want to thank you for your time and consideration regarding this case.

Sincerely,

Yadira Aguilar

October 10/6/2024

Lisette Pelaez

Dear honorable

Judge Roy Attman.

My name is Lisette Pelaez, and I'm writing to offer a character reference for Edward Cordovez, whom I have the privilege of knowing for 11 years as my sister-in-law Dayana Pelaez partner/husband.

With Edward Cordovez court day approaching I'm compelled to share my opinion of his character base on our extensive interactions.

Through my time with Edward Cordovez, he consistently exhibited a character of integrity through his actions and contribution. He is not only the uncle of my children but also the godfather of my daughter.

Edward Cordovez has always been a family man, the best uncle my children could have had. I am very grateful Edward have always been there for me and my family.

He has been in my son's life before he turned 1 year old. He didn't miss a birthday celebration until this year. Edward Cordovez and my sister-in-law drive to North Carolina to celebrate Nico (my son) birthdays, Christmas and new year's. For the time my husband was stationed in 82nd Airborne Division (U.S ARMY).

Edward and Dayana made my son's life full of smiles, birthday celebrations, water parks, movie nights, vacations, field trips, lunch, dinners, fun breakfast, exercising, video games our just as simple day at home made extra fun.

They both will picking him up from the daycare and stay with him during the day going to the park, playing soccer, Dave and busters, Chuck e Cheese or at their gym until we pick him up.

Our son Nico found a passion for animals specially dolphins since they would always take him to the zoo, aquarium and to swing with the dolphins at Discovery Cove animal rescue

and ocean conservation. Also, we went to wildlife rescue service at the everglades outpost where you donated you can feed woofs, birds, turtles, camel, a bear, monkeys and even tigers.

Overall, Edward has been a great uncle and friend, model father and husband with no complaints against his character, please consider this letter when time is to make your decision.

Thanks,

Lisette Pelaez.











































Honorable                                    October 3, 2024
Juqde Roy Altman

My name is Ana Giralt, I would like to talk to you
about Edward Cordouez, whom I have know For 12
years ago.

Edward was offering bootcamp For families and
also teaching mothers and fathers how to change eating
habits with good nutrition and I'm very grakful with him
and his wife because not only I was able to lose
Seventy pounds of weight with Hypothyroidism, gain
energy, I was feeling much better. healthy wise
more confident and happy. My Son also lose weight
and got Inspired So much in to Fitness that Today
he teaches friends and people that go to the gym. without
any Knowledgeable
How to workout, He gadly help them how to do san.

In All these years Edward Cordouez has shown dedication
and commitment to make the community better. I admire
his passion to change lives For the better.

I also witness him always being respectful and very
kind to me and every Single person around him in the gym.
With his friends, family and everybody Knows him.

When people didn't have money he always help them
So they Can always keep coming to workout
He loves to make us participate in the 5k competitions,
Created events on the weekends, Collected Food For
Hurricane affected states and countries, Feed the
Homeless and Toys For the less Fortunate Kids
during christmas.

He was always an example For the community For all his Volunteer work and helping Kids with advice Keep them out of the drugs and alcohol.

One on the things that I Like about him is His inconditional love For his Father, mother, sister, nephew, Wife, his dogs and all the animals that he saved And most importanly his Kids.

Please your honor IF you have any Other question do not hesitate to contact me

Sincerely,



Honorable
Roy Altman,
U.S District Judge, Miami, FL

My name is Luciana Damonte and I am writing to provide a character reference letter for defendant Edward Cordovez, whom I have known since 2018.
I met him and his wife at a friend's birthday celebration. I started to do CrossFit  with them every morning at Scorpious Elite Fitness which they owned at that moment. Since then we became friends.

 Eddie and Daya helped, supported and pushed me to be my best self. I got in great shape for my wedding at which they were present to share the special moment with me and my husband.

We also had the opportunity to participate in races together, supporting each other and having a lot of fun. We even went to his son's birthday, Zach, to celebrate with them that special moment even though we live 4 hours away from them. We feel great affection for Eddie and his family. For sure I know he is a great citizen, always feeding the homeless, helping affected communities with natural disaster and collecting toys for kids in need during Christmas.

Your honorable, I respectfully ask you to consider, not only the photos but also the aforementioned, as evidence of the type of person Edward is. He and his family really impacted my life and that of many other people in a positive way.

Feel free to contact me if you have any questions or concerns.

Sincerely,

Luciana Damonte

October 7, 2024

Dear Honorable Judge Roy Altman,

My name is Ondina Ruiz, and my husband, Edward Ruiz, and I are writing to you as character witnesses for Edward Cordovez, whom we have known intimately since he was just two years old. Our connection to Edward and his family runs deep. His parents, Eddie and Mirna, are not only lifelong friends but family to us, bonded by decades of trust and shared experiences.

Edward's father, Eddie, has been my husband's closest friend since their days at South Hialeah Elementary in the 1960s. I, too, have known Mirna for as long as I can remember. In fact, her mother was my babysitter. I am now 63 years old, and throughout my life, the Cordovez family has stood as a shining example of integrity, hard work, and compassion.

Edward was raised in this loving environment to be an incredibly kind, respectful, and empathetic young man. We have seen firsthand the strength of his character, especially during the most challenging moments. When his father was diagnosed with cancer, Edward's dedication to his family was unwavering. He selflessly stepped into the role of caretaker, driving his father to every treatment, staying by his side during the most difficult hours, and offering support to his mother, Mirna, when she needed it most. His actions reflected not just the duty of a son, but the deep love and compassion of a person who consistently puts others first.

Edward is a devoted husband, a loving father, a caring son, and a loyal friend. His empathy and strong moral compass have been constants throughout his life. Judge Altman, we humbly ask that when considering his case, you take into account the kind of person Edward truly is—a man of deep compassion and commitment to his family and community. We implore you to show leniency in your decision, as Edward's true character speaks volumes about the positive impact he continues to have on those around him.

Thank you for your time and thoughtful consideration.

Sincerely,
Edward and Ondina Ruiz

Miami, FL 33015

## 10.03.2024

**To**

The Honorable Roy
Altman
U.S. District Judge
Miami, FL.

**Dear Judge Altman,**

I am writing to provide a character reference for Edward Cordovez, whom I have known since 2012. Our friendship began when Edward was a CrossFit coach at Non-Stop CrossFit, where he instructed me and his now-wife, Dayana Pelaez. Over time, our relationship evolved from coach-student to a close friendship akin to brotherhood.

Edward is an exceptional individual with a passion for helping others. His selflessness and dedication are evident in the numerous charitable activities he has organized and participated in:

1. Beach Bootcamp for Franklin Mejia: Edward organized and coached a beach bootcamp to support Franklin, a child who lost his limbs in a traumatic event. This initiative not only raised funds for Franklin's medical bills but also significantly improved Franklin's quality of life, inspiring him to take up swimming and eventually write a book.

2. Community Service: Edward has been involved in various charitable activities, including:

  - Distributing meals to the homeless

  - Donating toys to children during Christmas

  - Assisting hurricane-affected families in Florida and across the country

**10.03.2024**                                                           **Pg.02**

   - Supporting pet adoption events with the Miami Dade Humane Society

  - Participating in charitable 5K races

3. Personal Commitment: Edward and his wife adopted two huskies from a shelter, demonstrating their commitment to animal welfare.

4. Family Support: When his brother-in-law Johan was on active duty with the US Army Airborne, Edward, along with Dayana and me, ensured Johan's son Nico was cared for, visiting him out of state and providing gifts for special occasions.

Edward's positive influence extends beyond organized events. He is a hard worker, often juggling multiple jobs to support his family. His dedication to improving the lives of those around him is unwavering, whether it's friends, family, or strangers in need.

I have included photographs of various bootcamps and charitable events that Edward has been involved in. His social media accounts also document many of these activities, showcasing his ongoing commitment to community service.

Edward Cordovez is truly a remarkable individual whose character and actions consistently demonstrate compassion,

**10.03.2024**                                                    **Pg.03**

generosity, and a strong work ethic. I would be happy to
provide any additional information you may require.

Please do not hesitate to contact me with any questions.

Sincerely,

Nelson Rivera
Patient Care Coordinator
The Osteopathic Center, LLC
nelsonr1182@gmail.com



February 13, 2025


The Honorable Senior Judge Robert N. Scola, Jr.
400 North Miami Ave
Miami, FL 33128

Ref:  Edward Cordovez 19004-511
        Reference Letter


Honorable Senior Judge Robert N. Scola, Jr.,


My name is Barbara Vera and I am writing to you as a character witness to Edward Cordovez. Edward is my step brother and we grew up in the same household our whole life.  I saw him grow from his baby years to his teenage years and become an amazing man.  All the good actions and voluntary work that Edward has done for his family, community and church go far beyond a sheet of paper. I will highlight some of his contributions for a better understanding of his character and who he is as a person.

Edward has always been very attentive to our family.  We grew up in a very loving environment. We were showed to respect, to be kind, and always help others.  This great foundation of compassion shows in his character as he had daily care and follow-up to our parents. I saw him grow up to be an exceptional son.  Our father is a cancer survivor.  During this dark time in our lives, I witness him be a leader in our family.  He made sure our father was attended in everyway during his treatments and his recovery.  I saw him take the lead role in the family and give everyone strength and guidance when most needed. He was firm with our dad when hope and faith was being questioned and was a warm soul when tensions were heightened.
I saw Edward settle down and become a husband. I witnessed him vow to take care and love his wife. I witnessed him become a loving father. He took care of his household, fully provided for his wife and children.  He was always a present person.  He was always involved and helping; be it a family activity, party or just spending family and friends' time.
Edward was a very active person in the community and church.  Edward owned a Crossfit gym. He would coached CrossFit and would host community boot camps for better heath. Countless number of times he hosted fitness challenges and camps for overweight individuals and handicap individuals. All his hosted activities and his time was at no charge. His heart was always loving and his kindness was endless.  There was an incredible satisfaction to see people transform their lives as they lost weight and felt better about themselves.  He brought joy to seeing handicap individuals reach goals that they themselves thought were unreachable.  He did

these things from pure love and kindness to help people. That is who he is. Just like these examples he also hosted countless camps that sponsored adoption for animals from shelters. He participated in non-profit walks and runs in support to causes such as Best Buddies and Run for Autism. He was also involved in this church. He made contributions to his church and volunteered many hours in events and activities. Edward truly was involved in giving his time helping everyone around him. He definitely made positive impacts wherever he participated.

Honorable Judge Scola, the character of Edward Cordovez is NOT represented in his current charges. In this case, I saw Edward Cordovez show his continuous true character. He immediately took full responsibilities of the matter with the authorities. Once he was picked up, he fully cooperated with the authorizes and provided them with all the information asked. As the investigation continued it was shown no prior tendencies to the charged activities. These activities were completely out of character. Sometimes to categorize based on an action labels us and blinds us to really understand that as humans we can make mistakes. We learn and grow when we assume our responsibilities which is what Edward has done.

Judge Scola, I humbly ask that when considering his case, you take into consideration the true character of the person; Edward Cordovez. The person who shows love, kindness, respect and continuously puts others first. Honorable Senior Judge Robert N. Scola, Jr., I am fully aware of Edwards' charges and understand the seriousness. I would ask for you to please take thoughtful consideration and show leniency in your decision.

Thank you for your time and consideration,

Barbara Vera