# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 24-20272-Cr-ALTMAN

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**vs.**

**EDWARD CORDOVEZ,**

      **Defendant**

_____/

### <u>NOTICE OF FILIING LETTER IN SUPPORT OF SENTENCING</u>

The defendant Edward Cordovez, by and through undersigned counsel hereby

files the additional attached letter in support of his sentencing hearing

Respectfully submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

By:      /s/  *Daniel  L.  Ecarius*
          Daniel L. Ecarius
          Assistant Federal Public Defender
          Florida Bar No. 719765
          150 W. Flagler Street,
          Suite 1700 Miami, FL 33l30-7000
          Email: daniel_ecarius@fd.org

1

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY certify that on February 18, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.


*<u>/s/ Daniel L. Ecarius</u>*
Daniel L. Ecarius