The Honorable Senior Judge Robert N. Scola, Jr.

Ref: Edward Cordovez 19004-511
     Reference Letter

Honorable Senior Judge Robert N. Scola, Jr.,

Eduardo Cordovez and Mirna Vera, we are Edward Cordovez parents. We would like to reference his character in this letter. We raised Edward in a loving and caring home. We gave and showed our children respect, honesty, kindness and family unity.
Edward was always a committed and very smart child. As a young child and into his high school years he never missed a school day. That simple commitment as a child; to want to accomplish; showed us his dedication to achieve things in life.

We saw Edward grow up and be very involved in his community and church. Edward and fitness go together. He owned a Crossfit gym. He was always involved in helping the community by hosting at no charge boot camps and fitness sessions. His kindness to help people was endless. He always made a positive impact where he participated. He gave his time to the church. He made contributions and volunteered. As parents' we were proud of all the accomplishments achieved and proud of all the unselfish time he put out for the community and church.
As a son, we were blessed. I, the father am a cancer survivor. My son helped me through my journey. There were many dark days before it got better. My son was always by my side and uplifting to the family. I, as the mother received unconditional support from my son. He was always there to carry the weight of the family.

From his upbring into adulthood we saw him transition into a great family man. We saw him embrace his own family. He married a great woman which he was devoted to and they started a family. He provided fully for his wife and children. We saw him be present and involved in his family life.

Honorable Senior Judge Robert N. Scola, Jr., as parents we understand the nature of his charges and do not condone his actions. His actions do not represent his character. Our medical and health conditions do not permit us to be present in court, but we humbly ask for you to take consideration in leniency when sentencing.

Thank you for your time and consideration,
Eduardo Cordovez and Mirna Vera