UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20272-ALTMAN

UNITED STATES OF AMERICA,

vs.

EDWARD CORDOVEZ,

       Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR THE UNITED STATES AS TO FORFEITURE

Pursuant to 7.1(a)(1)(F) and 11.1(d)(3)(B) of the Southern District of Florida Local Rules, the United States, through the undersigned, hereby files this Motion to Withdraw as Asset Forfeiture Assistant United States Attorney in this case. The United States has filed a Notice on Forfeiture stating it is not pursuing federal judicial forfeiture, ECF No. 51.

Assistant United States Attorney Jacob Harris Koffsky remains as counsel for the United States.

**WHEREFORE**, for the foregoing reasons, the United States, respectfully requests that this Court enter an order granting undersigned counsel's withdrawal from the instant case.

                                                **HAYDEN P. O'BYRNE**
                                                **UNITED STATES ATTORNEY**

By:    *s/ Eloisa D. Fernandez*
          Eloisa D. Fernandez
          Assistant United States Attorney
          Florida Bar No. 999768
          99 N.E. 4th Street
          Miami FL, 33132-2111
          Telephone: (305) 961-9025
          E-mail: Eloisa.D.Fernandez@usdoj.gov