UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20272-ALTMAN

UNITED STATES OF AMERICA,

vs.

EDWARD CORDOVEZ,

     Defendant.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE is before the Court upon Assistant United States Attorney ("AUSA") Eloisa D. Fernandez's Motion to Withdraw as Counsel for the United States as to Forfeiture, ("the Motion") [ECF No. 68]. This Court has considered the Motion. It is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

The Clerk of Court is directed to remove Eloisa D. Fernandez as counsel in this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _____ day of February, 2025.

 

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE