✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Florida - Miami Division

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Edward Cordovez | Case Number: 24-20272-CR-ALTMAN |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Robert N. Scola, Jr. | Jacob H. Koffsky, and Elena Smukler | AFPD Daniel Ecarius |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Sentencing hearing 2/18/2025 | Lance Steinbeisser | Jacob M. Hasbun |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 2/18/2025 | X | X | Character letter from Barbara Vera. |
| | 2 | 2/18/2025 | X | X | Character letter from Nelson Rivera. |
| | 3 | 2/18/2025 | X | X | Character letter from Dayana Pelaez. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

February 13, 2025


The Honorable Senior Judge Robert N. Scola, Jr.
400 North Miami Ave
Miami, FL 33128

Ref:  Edward Cordovez 19004-511
       Reference Letter

Honorable Senior Judge Robert N. Scola, Jr.,

My name is Barbara Vera and I am writing to you as a character witness to Edward Cordovez. Edward is my step brother and we grew up in the same household our whole life. I saw him grow from his baby years to his teenage years and become an amazing man. All the good actions and voluntary work that Edward has done for his family, community and church go far beyond a sheet of paper. I will highlight some of his contributions for a better understanding of his character and who he is as a person.

Edward has always been very attentive to our family. We grew up in a very loving environment. We were showed to respect, to be kind, and always help others. This great foundation of compassion shows in his character as he had daily care and follow-up to our parents. I saw him grow up to be an exceptional son. Our father is a cancer survivor. During this dark time in our lives, I witness him be a leader in our family. He made sure our father was attended in everyway during his treatments and his recovery. I saw him take the lead role in the family and give everyone strength and guidance when most needed. He was firm with our dad when hope and faith was being questioned and was a warm soul when tensions were heightened.
I saw Edward settle down and become a husband. I witnessed him vow to take care and love his wife. I witnessed him become a loving father. He took care of his household, fully provided for his wife and children. He was always a present person. He was always involved and helping; be it a family activity, party or just spending family and friends' time.
Edward was a very active person in the community and church. Edward owned a Crossfit gym. He would coached CrossFit and would host community boot camps for better heath. Countless number of times he hosted fitness challenges and camps for overweight individuals and handicap individuals. All his hosted activities and his time was at no charge. His heart was always loving and his kindness was endless. There was an incredible satisfaction to see people transform their lives as they lost weight and felt better about themselves. He brought joy to seeing handicap individuals reach goals that they themselves thought were unreachable. He did

these things from pure love and kindness to help people. That is who he is. Just like these examples he also hosted countless camps that sponsored adoption for animals from shelters. He participated in non-profit walks and runs in support to causes such as Best Buddies and Run for Autism. He was also involved in this church. He made contributions to his church and volunteered many hours in events and activities. Edward truly was involved in giving his time helping everyone around him. He definitely made positive impacts wherever he participated.

Honorable Judge Scola, the character of Edward Cordovez is NOT represented in his current charges. In this case, I saw Edward Cordovez show his continuous true character. He immediately took full responsibilities of the matter with the authorities. Once he was picked up, he fully cooperated with the authorizes and provided them with all the information asked. As the investigation continued it was shown no prior tendencies to the charged activities. These activities were completely out of character. Sometimes to categorize based on an action labels us and blinds us to really understand that as humans we can make mistakes. We learn and grow when we assume our responsibilities which is what Edward has done.

Judge Scola, I humbly ask that when considering his case, you take into consideration the true character of the person; Edward Cordovez. The person who shows love, kindness, respect and continuously puts others first. Honorable Senior Judge Robert N. Scola, Jr., I am fully aware of Edwards' charges and understand the seriousness. I would ask for you to please take thoughtful consideration and show leniency in your decision.

Thank you for your time and consideration,

*Barbara Vera*
Barbara Vera

# 02.14.2025

**To**

The Honorable Senior Judge Robert N. Scola, Jr.
U.S. District Judge
Miami, FL.

Dear Judge Scola Jr,

I am writing to provide a character reference for Edward Cordovez, whom I have known since 2012. Our friendship began when Edward was a CrossFit coach at Non-Stop CrossFit, where he instructed me and his now-wife, Dayana Pelaez. Over time, our relationship evolved from coach-student to a close friendship akin to brotherhood.

Edward is an exceptional individual with a passion for helping others. His selflessness and dedication are evident in the numerous charitable activities he has organized and participated in:

1. Beach Bootcamp for Franklin Mejia: Edward organized and coached a beach bootcamp to support Franklin, a child who lost his limbs in a traumatic event. This initiative not only raised funds for Franklin's medical bills but also significantly improved Franklin's quality of life, inspiring him to take up swimming and eventually write a book.

2. Community Service: Edward has been involved in various charitable activities, including:

   - Distributing meals to the homeless

   - Donating toys to children during Christmas

   - Assisting hurricane-affected families in Florida and across the country

**Tel** 305.505.6334    7920 Byron Ave, Apt 1    nelsonr1182@gmail.com
Miami Beach, FL 33141

- Supporting pet adoption events with the Miami Dade Humane Society

- Participating in charitable 5K races

3. Personal Commitment: Edward and his wife adopted two huskies from a shelter, demonstrating their commitment to animal welfare.

4. Family Support: When his brother-in-law Johan was on active duty with the US Army Airborne, Edward, along with Dayana and me, ensured Johan's son Nico was cared for, visiting him out of state and providing gifts for special occasions.

Edward's positive influence extends beyond organized events. He is a hard worker, often juggling multiple jobs to support his family. His dedication to improving the lives of those around him is unwavering, whether it's friends, family, or strangers in need.

I have included photographs of various bootcamps and charitable events that Edward has been involved in. His social media accounts also document many of these activities, showcasing his ongoing commitment to community service.

Edward Cordovez is truly a remarkable individual whose character and actions consistently demonstrate compassion,

generosity, and a strong work ethic. I would be happy to provide any additional information you may require.

Thank you Honorable Judge Robert N. Scola Jr. for your time.

Sincerely,

Nelson Rivera
Patient Care Coordinator
The Osteopathic Center, LLC
nelsonr1182@gmail.com



Judge Scola

- Thank you, your honor For letting me speak at your court to express myself
- ~~Spanish~~ I'm nervios my English, ~~doing~~ best but I will do my best
- my name is Dayana Pelaez
- I AM here to testify on Edward Cordovez's character as ~~his~~ wife

1) How First meet Edward. he was my coach I was passing ~~President~~ hard time in my life when I was about to be deported and President Obama stop my deportation. Edward never treat me diferent was always very kind, since ~~as~~ an immigrant I wasn't ~~like others~~ treated nice by others.

- ~~He was my coach~~, his passion For Fitness nutrition and helping the Community was really inspiring.

Edward was Always respectFul ~~and~~ to everyone, he was loves, ~~and~~ respected and admire From everyone
he - help mothers, fathers Police oficers students  Firefighters veterans he was even positive inFluence For a friend to serve this county.

- know him and his kind, his big heart ~~and what~~ made me Fall in love, even more Showing me how he honor his Father and his mother.

the love for Family and he love my Family as his own. we will share holidays one with his Family and the other he will visit my Family. Went he was in active duty in NC.

When ~~when~~ my brother retired and became Veteran he was having a hard time ~~econom~~ Paying his bills with his wife

We told him we will take care of our ~~my~~ nephew Nicolas like our own, picking up, helping him to talk and have a personality, everyone though he was our son, today he said he is silly like his uncle
- Animal rescued.

= Your honor I can go on ~~and~~ on how much he care, did, and give even when we didn't have much.

○ - Lili Pablito           Computer bulling
○ - Franklyn Jr.   beach bootcamp arepa, restaurant   Now he is an athlete.
○ - Maury
○ - Elda    ○ Marvin

~~From~~ Serving food for homeless, toys for kids in christmas here, Colombia, Venezuela, Africa. Helping community in natural disasters, even in Haiti guiding ~~getting~~ young people ~~involve~~, to take them away from Alcohol, and drugs (really many), inspired them, taking them to events to show them ~~so~~ they can ~~change~~ ~~themselve~~ achieve anything.

~~he~~ Edward Cordovez have done so much that some people won't even experience a kind act like that in a lifetime.

As a husband he was my best friend, biggest supporter, my favorite chef he will wake me up with breakfast almost every single day for the past 11 years, he will lift me up when I was down, in sad days will make me laugh, always pushing me to be strong. even went he was mad or had a discussion

we will always ~~find~~ it before bed and give a ~~kiss~~ Good night kiss.

- As Hard to understand ~~How~~ im standing here in From OF YOU your honor God has me here. I know he is working in a plan For him ~~and us~~. ~~God~~

God left 99 sheep to ~~Follow~~ I ~~that~~ Go rescuer that one. that got lost.

Today your honor I missed my good husband, The big provider of our Family he was working in more Job for me to be home with the kids. Come home to clean cook, Play, study since he was in college. we miss the missing ~~but~~ piece of our family.

For ~~our~~ neighbor that have know him all his life, Friends we were ~~the~~ Perfect Family.

He made a mistate and was responsible For it since the day they took him away From us

I know he continue to be that man he always being in his heart. God has showing us everyday with little miracles

in his life in here.
He is going to church everyday twice a day, teaching Spanish classes, going to bible study, taking people to church with him. Cleaning showers. ~~and I teach~~ showing people the important of eating healthy and ~~he healthy~~ the and ~~active~~ began lifestyle. the way he talks to everyone on the phone, letter. you can see ~~how~~ God's hands

~~Today Y honorable Your honor~~ Judge Scola. I'm here to ask ~~For your lineancy in your desicion~~

~~thank you for listening to me.~~

~~God bless~~

Thank you for the opportunity to allow me to express myself
I respectfully ask for lineancy when you make your desicion.
God bless you.