United States District Court
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Edward Cordovez,<br>Defendant. | )<br>)<br>)<br>) Case No. 24-20272-CR-ALTMAN<br>)<br>)<br>) |

### Order Setting Restitution Hearing

On February 18, 2025, the Defendant appeared before the undersigned for sentencing hearing. Defendant was sentenced and the Court set a restitution hearing, it is hereby

**Ordered and Adjudged** that a restitution hearing is set for **April 14, 2025, at 10:00 a.m.**, at the Wilkie D. Ferguson U.S. Courthouse, 400 North Miami Avenue, Courtroom 12-3, 12th floor, Miami, Florida. Defendant waived his appearance for this hearing.

**Done and Ordered** at Miami, Florida, on February 18, 2025

_____
Robert N. Scola, Jr.
Senior United States District Judge

cc: Counsel of record
U.S. Probation Officer Stephanie Galvez