UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20272-Cr-ALTMAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDWARD CORDOVEZ,

    Defendant

_____/

## UNOPPOSED MOTION FOR DEFENDANT TO REMAIN AT THE FEDERAL DETENTION CENTER TO ATTEND HIS RESTITUTION HEARING

COMES NOW, the defendant, Edward Cordovez, by and through undersigned counsel moves this Court for an order allowing him to remain at the Federal Detention Center pending his restitution hearing:

1. On June 26, 2024, Mr. Cordovez was indicted for Count One, Distribution of Visual Representation of Sexual Abuse of Children in violation of Title 18 U.S.C. 1466A(a)(2); and Count two, Possession of Child Pornography in violation of Title 18 U.S.C. 2252(a)(4)(B) and (b)(2). D.E. 11.

2. On February 18, 2025, this Court sentenced Mr. Cordovez to 60 years imprisonment and set the case for a restitution hearing on April 14, 2025.

3. Mr. Cordovez has informed undersigned counsel that he wishes to attend the restitution hearing scheduled for April 14, 2025.

4. Mr. Cordovez presence at the restitution hearing would serve the interest of justice by enabling the defendant to participate in the hearing on his restitution.

5. Accordingly, Mr. Cordovez is requesting to be held at the Federal Detention Center pending his April 14, 2025 hearing.

6. Undersigned counsel has conferred with assigned Assistant United States Attorney, Jacob Koffsky, who does not oppose this motion.

WHEREFORE, based on the defendant's request to attend his restitution hearing, Mr. Cordovez request that this Court approve an Order allowing Mr. Cordovez to remain at the Federal Detention Center pending the April 14, 2025 restitution hearing.

        Respectfully submitted,

        HECTOR A. DOPICO
        FEDERAL PUBLIC DEFENDER

        By:   /s/ *Daniel L. Ecarius*
             Daniel L. Ecarius
             Assistant Federal Public Defender
             Florida Bar No. 719765
             150 W. Flagler Street, Suite 1700
             Miami, FL 33l30-7000
             Email: daniel_ecarius@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on March 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Daniel L. Ecarius*
Daniel L. Ecarius