UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20272-Cr-ALTMAN

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**

**EDWARD CORDOVEZ,**

    **Defendant**

_____/

## NOTICE OF APPEAL

Notice is hereby given that Edward Cordovez, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment and sentence entered in this action on the 20th day of February 2025.

          Respectfully submitted,

          HECTOR A. DOPICO
          FEDERAL PUBLIC DEFENDER

          By:   /s/ *Daniel L. Ecarius*
                Daniel L. Ecarius
                Assistant Federal Public Defender
                Florida Bar No. 719765
                150 W. Flagler Street,
                Suite 1700 Miami, FL 33l30-7000
                Email: daniel_ecarius@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on March 4, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Daniel L. Ecarius*
Daniel L. Ecarius
